**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

| | |
|---|---|
| **Gretter Autoland, Inc.** | Case No. **14-02831-als11** |
| Debtor(s) | |
| **Gretter Ford Mercury, Inc.** | Case No. **14-02832-als11** |
| Debtor(s) | |
| **Gretter Chevrolet Company** | Case No. **14-02833-als11** |
| Debtor(s) | |

January 6, 2015 Hearing on:
**Motion for Joint Administration (#18)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: January 6, 2015)

Based upon the docket there were no objections filed to the request for Joint Administration.

**It is hereby ORDERED that:**

1. The Motion for Joint Administration is granted.

2. The lead case is designated as Gretter Autoland, Inc. Case Number 14-2831.

3. All pleadings in Gretter Ford Mercury, Inc. Case Number 14-2832 and Gretter Chevrolet Company Case Number 14-2833 shall be filed in the lead case utilizing the caption set forth above.

4. To the extent a discrete issue arises that is related to a specific entity a party may file under the original case number in any of the three proceedings. To the extent possible, any scheduling on such matters that are contested will be coordinated with the lead case.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: