**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:

**Gretter Autoland, Inc.**                                             Case No. **14-02831-als11**

    Debtor(s)

**Gretter Ford Mercury, Inc.**                                         Case No. **14-02832-als11**

    Debtor(s)

**Gretter Chevrolet Company**                                          Case No. **14-02833-als11**

    Debtor(s)

**Notice and Order Regarding Courtroom Hearing on:
Motion to Sell Free & Clear Pursuant to Section 363(f)* (#84)**
(date entered on docket: February 18, 2015)

---

**YOU ARE HEREBY NOTIFIED of the following Hearing:**

Courtroom Hearing on **March 20, 2015** at **1:30 p.m. CST**.
Time allotted for Hearing **Half day**.
Location of Hearing **Courtroom 1 at the U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa 50309**.

---

**Deadlines**

    **IT IS HEREBY ORDERED:**

- **Objections**, if no bar date preceded this motion, are due on or before **March 12, 2015**.
- **Exhibits**, if any, shall be exchanged and submitted by **March 12, 2015**. Exhibit list(s) must be filed with the Clerk of Court by the same date.
    - **Exhibits must be in pdf format. Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at als_exhibits@iasb.uscourts.gov**.
    - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
    - Debtor(s) shall use consecutive numbers; Creditor(s) shall use consecutive letters. If a matter involves multiple parties, self-explanatory acronyms should be used in addition to numbers or letters.
    - The exhibits submitted to the Clerk's Office will be identified, stored and utilized to designate the official record.
    - If parties intend to rely upon exhibits, their attorneys shall be prepared to present their evidence electronically via their laptop or the ELMO document camera. More information is available on our website, www.iasb.uscourts.gov.
- **Briefs** due on or before **N/A**.

---

**Scheduling/Continuances**

**If no objection is filed by the date indicated above, the court may enter an order on the uncontested matter and cancel the hearing.**

The parties shall promptly advise the judge's chambers at **515-284-6118** of any resolution or change in attorney handling the hearing.

An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.

**Cell Phones in Court**

    Only attorneys and their employees may carry cell phones and other portable communication devices into the courthouse location(s) identified above, and devices that cause audible sound must be turned off when a party is in the courtroom.

**Questions regarding this Order**

    Contact Jan Kirschman, Courtroom Deputy, 515-323-2836, jmk@iasb.uscourts.gov or
Laura Carrington, Law Clerk, 515-284-6234, lac@iasb.uscourts.gov

    /s/ Anita L. Shodeen
    Anita L. Shodeen
    U.S. Bankruptcy Judge

*Any party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.