**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Gretter Autoland, Inc., | ) | Case No.  14-02831 |
| | ) | |
| Debtor(s). | ) | |

**OBJECTION TO RESPONSE TO MOTION FOR MOTION FOR SALE**

The United States Trustee for Region 12, through the undersigned Assistant United States Trustee, objects to the "Response by Washington State Bank, Washington, IA to the Debtor' Motion for Order Approving Sale of Substantially All of the Debtor's Assets, Free and Clear of All Liens, Claims and Encumbrances, and for Other Related Relief (hereafter "Response").  In support of his objection the United States Trustee alleges as follows:

1.  The Response states that Washington State Bank anticipates "that Ally will receive the proceeds from the Blue Sky and Goodwill."  There is nothing in the record that would establish that Ally Bank's lien extends to assets described in the letter of intent as "goodwill" or "blue sky."  Accordingly, the United States Trustee objects to the disbursement of proceeds to any party absent an approved plan of reorganization.

2.  Ally and Washington State Bank's willingness "to leave proceeds from the sale for the fixed assets in the amount of $50,000 in the estate" as described in paragraph 1 of the response is totally illusory.  As noted in paragraph 2 "[t]he additional $50,000 will secure post-Petition unsecured advances made by WSB to the Debtor for payroll and other normal, necessary, reasonable and contemporaneous expenses."  The shorthand for the thinly vieled attempt to appear to confer a benefit to the estate is:  Washington State Bank will leave $50,000 in the estate to pay themselves back for the money they advanced post-petition.  Washington State Bank's response fails to explain how retaining money from the sale for the sole purpose of repaying themselves will benefit the estate.  Rather, this provision further illustrates that this case serves as nothing more than a federal

1

collection vehicle for Ally and Washington State Bank.

WHEREFORE, the United States Trustee respectfully requests the Court deny the Motion seeking authority to sell Debtor's assets pursuant to 11 U.S.C. §363(f).

        **Daniel M. McDermott**
        United States Trustee
        Region 12

        By: /s/ James L. Snyder
        **James L. Snyder**
        Assistant United States Trustee
        ID # IS9999967
        210 Walnut Street, Room 793
        Des Moines, Iowa 50309-2108
        Ph: (515) 284-4982  /  Fax: (515) 284-4986
        James.L.Snyder@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent to the parties below:

Parties receiving electronic service on March 5, 2015:

- Eric Benne     ebenne@lawyersburl.com, ldavis@lawyersburl.com,rbrockett@lawyersburl.com
- Thomas M Byrne     tom.byrne@sutherland.com, maryanne.lamb@sutherland.com
- Donald H Cram     dhc@severson.com
- Seth A Drucker     sdrucker@fosterswift.com
- Thomas L Flynn     tom.flynn@brickgentrylaw.com, alnemechek@gmail.com;lacey.vongxay@brickgentrylaw.com
- Duane M Geck     dmg@severson.com
- Jeffrey D Goetz     bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;cromer.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Steven J Havercamp     shavercamp@slhlaw.com, skwood@slhlaw.com
- Wesley B. Huisinga     wbh@shuttleworthlaw.com
- Bradley R Kruse     brk@brownwinick.com, tns@brownwinick.com
- Donald F. Neiman     neiman.donald@bradshawlaw.com, cromer.pamela@bradshawlaw.com
- Gary A Norton     norton@whitfieldlaw.com, stephens@whitfieldlaw.com
- Eleanor M Roman     emr@severson.com
- H Raymond Terpstra     rterpstra@tewlaw.net, sbriley@tewlaw.net

Parties receiving mailed service on February 20, 2015:

    Gretter Autoland, Inc.
    Gretter Ford Mercury, Inc.
    Gretter Chevrolet
    PO Box 947
    Washington, IA 52353

    By:/s/ Shelly W. Fellner
    **Shelly W. Fellner**
    Legal Clerk
    United States Trustee's Office