IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: GRETTER AUTOLAND, INC.,<br><br>Debtor. | Case No. 14-02831als[1]<br><br>Chapter 11 |

**AMENDMENT TO MOTION FOR ORDER APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND FOR OTHER RELATED RELIEF:**

COMES NOW the Debtor, Gretter Autoland, Inc. (the "Debtor"), by its attorneys, Bradley R. Kruse and the law firm of Brown, Winick, Graves, Gross, Baskerville and Schoenebaum, P.L.C., and for its Amendment to its Motion for Order Approving Sale of Substantially All of the Debtor's Assets, Free and Clear of All Liens, Claims and Encumbrances previously filed on February 17, 2015 [Docket No. 84] (the "Sale Motion"), respectfully states as follows:

1. On February 17, 2015, the Debtor previously filed the Sale Motion seeking to sell substantially all of the Debtors assets free and clear of all liens, claims and encumbrances. Attached to the Sale Motion was an LOI with Edwards Auto Group.

2. Since the filing of the Sale Motion, the Debtor has entered into a definitive asset purchase agreement with Edwards Auto Group that supersedes the LOI (the "APA"). A true and accurate copy of the APA is attached hereto and made a part hereof and of the Sale Motion.

3. The purchase price set forth in the LOI of $1,165,000 plus the value of new

---

[1] Jointly Administered with: *In re Gretter Ford Mercury, Inc.*, Case No. 14-02832-als; and *In re Gretter Chevrolet Company*, Case No. 14-02833-als.

1

vehicles, used vehicles, and returnable parts has increased pursuant to the APA to the sum of $1,250,000.00 plus the value of new vehicles, used vehicles, and returnable parts. From this purchase price, the Debtor proposes to allocate the sale proceeds as follows: (a) $750,000 to Washington State Bank pursuant to the sale of the main parcel of dealership real estate (which is not property of the estate); (b) $100,000 to Hills Bank for a second parcel of dealership real estate (which is also not property of the estate); (c) to Ally Financial, Inc., the sum of the amounts paid for new and used vehicles secured by its first priority security interest plus $350,000 to be paid directly to Ally Financial with respect to its blanket security interest in the Debtor's assets; and (d) all remaining sale proceeds to be paid to and retained by the Debtor's estate.

      4.    A schedule detailing the specific value for new vehicles (as defined in the APA) calculated in the manner described in the APA is being prepared by the parties and will be filed with the court as soon as completed and at least 72 hours prior to the sale hearing. A schedule detailing the specific used vehicles (as defined in the APA) being purchased and the value being paid for such used vehicles is being prepared by the parties and will be filed with the court as soon as completed and at least 72 hours prior to the sale hearing.

Dated: March 17, 2015

           */s/ Bradley R. Kruse*
           Bradley R. Kruse
           Drew Larson
           BROWN, WINICK, GRAVES, GROSS,
           BASKERVILLE AND SCHOENEBAUM, P.L.C.
           666 Grand Avenue, Suite 2000
           Des Moines, IA 50309-2510
           Telephone: 515-242-2460
           Facsimile: 515-323-8560
           E-mail: kruse@brownwinick.com
           ATTORNEYS FOR THE DEBTOR

CERTIFICATE OF SERVICE

On March 17, 2015, this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

*/s/ Bradley R. Kruse*