UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF IOWA

| In re GRETTER AUTOLAND, INC., Debtor. | Case No. 14-02831-ALS11[1] <br> Chapter 11 |
|---|---|

### ALLY FINANCIAL INC.'S EXHIBIT LIST RE FINAL HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Secured Creditor, Ally Financial Inc. ("Ally"), submits the following exhibit list of documents which it may introduce into evidence at the final hearing on Ally's motion for relief from the automatic stay in the above captioned case:

| EXHIBIT | DATE OFFERED | DATE ADMITTED | CROSS-REFERENCE | DESCRIPTION |
|---|---|---|---|---|
| A | | | | Wholesale Security Agreement dated May 22, 1998, as amended, entered into by Gretter Ford Mercury, Inc. |
| B | | | | Security Agreement executed by Gretter Ford Mercury, Inc. on or about May 22, 1998. |

---

[1] Jointly administered with: *In re Gretter Ford Mercury, Inc.*, Case No. 14-02832-ALS11; and *In re Gretter Chevrolet Company*, Case No. 14-02833-ALS11.

| EXHIBIT | DATE OFFERED | DATE ADMITTED | CROSS-REFERENCE | DESCRIPTION |
|---|---|---|---|---|
| C | | | | UCC-1 Financing Statement filed with the Office of the Secretary of State of Iowa on May 26, 1998 as Document No. K925954, and Document No. K925955, and all amendments and continuation statements. |
| D | | | | Assignment of Receivables dated February 16, 2010, executed by Gretter Autoland, Inc. |
| E | | | | GMAC Bank Master Wholesale Agreement dated February 15, 2010, executed by Gretter Ford Mercury, Inc. |
| F | | | | UCC-1 Financing Statement filed with the Office of the Secretary of State of Iowa on June 8, 2007 as Document No. E843219-7, and all amendments and continuation statements. |
| G | | | | Wholesale Security Agreement dated April 16, 2007, as amended, entered into by Gretter Autoland, Inc. |
| H | | | | General Security Agreement executed by Gretter Autoland on or about April 16, 2007. |
| I | | | | UCC-1 Financing Statement filed with the Office of the Secretary of State of Iowa on March 30, 2007 as Document No. E829014-3, and all amendments and continuation statements. |

| EXHIBIT | DATE OFFERED | DATE ADMITTED | CROSS-REFERENCE | DESCRIPTION |
|---|---|---|---|---|
| J | | | | Credit Balance Agreement dated February 1, 2008, executed by Gretter Autoland, Inc. |
| K | | | | Assignment of Receivables dated February 4, 2008, executed by Gretter Autoland, Inc. |
| L | | | | Cross-Default and Cross-Collateralization Agreement dated May 22, 1998, executed by Gretter Ford Mercury, Inc. and Gretter Motor Company. |
| M | | | | Cross Collateral, Cross Default and Cross Guaranty Agreement dated April 16, 2007, executed by Gretter Ford Mercury, Inc. and Gretter Autoland, Inc. |
| N | | | | Cross Collateral, Cross Default and Cross Guaranty Agreement dated January 19, 2012, executed by Gretter Ford Mercury, Inc., Gretter Autoland, Inc. and Gretter Chevrolet Company. |
| O | | | | Stipulation Authorizing Debtor-In-Possession to Use Cash Collateral and for Adequate Protection [*Docket No. 45*]. |
| P | | | | Debtors' Bankruptcy Schedules [*Docket No. 47*]. |

| EXHIBIT | DATE OFFERED | DATE ADMITTED | CROSS-REFERENCE | DESCRIPTION |
|---|---|---|---|---|
| Q | | | | Order Approving Stipulation Authorizing Debtor-In-Possession to Use Cash Collateral and for Adequate Protection [*Docket No. 55*]. |
| R | | | | Inventory of New and Used Vehicles Floored by Ally |

DATED: March 18, 2015        ALLY FINANCIAL INC.


       /s/ Thomas L. Flynn
Thomas L. Flynn (AT0002596)
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50309
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
Email: tom.flynn@brickgentrylaw.com


DATED: March 18, 2015

       /s/ Donald H. Cram
Donald H. Cram (*Pro Hac Vice*)
SEVERSON & WERSON, PC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: dhc@severson.com

## CERTIFICATE OF SERVICE

The undersigned certifies that **ALLY FINANCIAL INC.'S EXHIBIT LIST RE FINAL HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was served electronically on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing this 18th day of March, 2015.

/s/Linda Han
Linda Han