IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: GRETTER AUTOLAND, INC.,<br><br>Debtor. | Case No. 14-02831als[1]<br><br>Chapter 11 |

**DEBTOR'S EXHIBIT LIST RE: HEARING ON MOTION FOR ORDER APPROVING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND AMENDMENT THERETO**

COMES NOW the Debtor, Gretter Autoland, Inc. (the "Debtor"), by its attorneys, Bradley R. Kruse and the law firm of Brown, Winick, Graves, Gross, Baskerville and Schoenebaum, P.L.C., and submits the following list of exhibits which it may introduce into evidence at the hearing on the Debtor's Motion for Order Approving Sale of Substantially All of the Debtor's Assets, Free and Clear of All Liens, Claims and Encumbrances previously filed on February 17, 2015 [Docket No. 84] (the "Sale Motion") and its amendment thereto filed March 17, 2015 [Docket No. 106]:

1. Asset Purchase Agreement between Edwards Auto Plaza, Inc. and Gretter Autoland, Inc., Gretter Chevrolet Company, Gretter Ford Mercury, Inc., and Thomas D. Gretter, dated March 16, 2015

---

[1] Jointly Administered with: *In re Gretter Ford Mercury, Inc.*, Case No. 14-02832-als; and *In re Gretter Chevrolet Company*, Case No. 14-02833-als.

1

        */s/ Bradley R. Kruse*
        Bradley R. Kruse
        Drew D. Larson
        BROWN, WINICK, GRAVES, GROSS,
        BASKERVILLE AND SCHOENEBAUM, P.L.C.
        666 Grand Avenue, Suite 2000
        Des Moines, IA 50309-2510
        Telephone: 515-242-2460
        Facsimile: 515-323-8560
        E-mail: kruse@brownwinick.com

        ATTORNEYS FOR THE DEBTOR

## CERTIFICATE OF SERVICE

On March 19, 2015, this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

        */s/ Drew D. Larson*