# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Lead Case No.: 14-02831-als-11 |
| | ) | |
| **GRETTER AUTOLAND, INC.** | ) | Chapter 11 (Jointly Administered) |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Anita L. Shodeen |
| | ) | |
| 201 Airport Road | ) | **WITNESS & EXHIBIT LIST** |
| Washington, IA  52353 | ) | |
| | ) | Date:  March 27, 2015 |
| EIN: 20-8695006 | ) | Time:  9:00 a.m. |
| | ) | Courtroom 1 |
| | ) | |
| And Affiliated Cases | ) | |
| | ) | |

  COMES NOW the Official Unsecured Creditors' Committee, and in conjunction with its Motion for Order Converting Chapter 11 Case to a Case under Chapter 7 (Docket Item 113), files its Witness and Exhibit List as follows:

<u>Witnesses</u>

1. Thomas D. Gretter, President of Gretter Autoland, Inc.

<u>Exhibits</u>

1. December Monthly Operating Report

2. January Monthly Operating Report

Dated:  3/25/2015        */s/ Jeffrey Goetz*
               Jeffrey D. Goetz, Esq., IS #9999366
               Bradshaw Fowler Proctor & Fairgrave, PC
               801 Grand Avenue, Suite 3700
               Des Moines, IA 50309-8007
               515/246-5817
               515/246-5808 FAX
               goetz.jeffrey@bradshawlaw.com

               Counsel to the OUCC

## CERTIFICATE OF SERVICE

  This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.
               */s/ Barbara Warner*