**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

**Gretter Autoland, Inc.**                                                      Case No. **14-02831-als11**

        Debtor(s)

**Gretter Ford Mercury, Inc.**                                               Case No. **14-02832-als11**

        Debtor(s)

**Gretter Chevrolet Company**                                             Case No. **14-02833-als11**

        Debtor(s)

March 27, 2015 Hearing on:
**Motion to Convert Case to Chapter 7 (#114) and Objection (#132)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: March 30, 2015)

Based upon the arguments and representations made at the time of hearing

**It is hereby ORDERED that:**

1. The objection filed at docket number 132 is overruled.

2. The Motion is granted.

3. This order shall become effective on April 3, 2015 in order to allow sufficient time for the auction to be concluded, an order entered on any sale, selection and appointment of a chapter 7 trustee and for any other administrative matters that may need to be addressed in anticipation of conversion of this case.

4. The Clerk of Court shall docket and serve the Notice of Conversion on April 3, 2015.

5. This Order is applicable to the jointly administered cases docketed as Gretter Ford Mercury, Inc. case number 14-02832 and Gretter Chevrolet Company case number 14-2833.

6. Today's record shall constitute the Court's findings and conclusions pursuant to Bankruptcy Rules 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: