**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

**Gretter Autoland, Inc.**                                                                                   Case No. **14-02831-als11**

        Debtor(s)

**Gretter Ford Mercury, Inc.**                                                                         Case No. **14-02832-als11**

        Debtor(s)

**Gretter Chevrolet Company**                                                                      Case No. **14-02833-als11**

        Debtor(s)

April 1, 2015 Hearing on:
**Motion for Reconsideration on the Court's Order to Convert and Motion for Expedited Hearing (#133), Debtor's Motion to Convert (construed as a Joinder by the Court) (#139), and Joinders (#140, #141)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: April 1, 2015)

Based upon the filed documents and statements of the parties at the time of hearing

**It is hereby ORDERED that:**

1. The Motion is granted.

2. The Order converting the case at docket number 137 is vacated and is of no further force or effect.

3. Counsel for the Official Unsecured Creditors' Committee will file a report with the Court upon the closing of the sale of Debtor's assets.

4. Upon receipt of that report an order converting the case to a chapter 7 proceeding will be entered.

5. Today's ruling constitutes the Court's findings and conclusions pursuant to Bankruptcy Rules 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: