**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Gretter Autoland, Inc.** | Case No. **14-02831-als11** |
| Debtor(s) | |
| **Gretter Ford Mercury, Inc.** | Case No. **14-02832-als11** |
| Debtor(s) | |
| **Gretter Chevrolet Company** | Case No. **14-02833-als11** |
| Debtor(s) | |

**Motion to Dismiss Chapter 11 (#37), Objections (#51, #53) and Support Document (#80)**

**ORDER**
(date entered on docket: April 2, 2015)

Based upon a review of the docket, filed documents and current status of the case,

**It is hereby ORDERED that:** the Motion to Dismiss Chapter 11 filed at docket number 37 is deemed moot.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: