UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Case No. 14-02831
                                                               :
GRETTER AUTOLAND, INC.,                                        :   Chapter 11
                                                               :
                             Debtor.                           :
---------------------------------------------------------------x

**RESPONSE OF GENERAL MOTORS LLC TO DEBTOR'S AND EDWARDS' JOINT MOTION FOR FINAL ORDER AUTHORIZING AND APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND FOR OTHER RELATED RELIEF**

In response to the Debtor's and Edwards' Joint Motion for Final Order Authorizing and Approving the Sale of Substantially All of the Debtor's Assets, Free and Clear of All Liens, Claims and Encumbrances, and for Other Related Relief (Docket No. 160) (the "Motion"), General Motors LLC ("GM") respectfully states as follows:  Based on GM's preliminary review of Edwards Auto Plaza, Inc. ("Edwards"), GM does not object to the relief sought in the Motion insofar as it seeks to have Edwards close on the sale of dealership assets and temporarily assume dealership operations, but GM objects to the relief to the extent that it seek to circumvent GM's standard requirements for all new dealers.  Every new dealer must satisfy certain requirements (e.g., demonstrate adequate working capital, provide certain information regarding the management at the dealership, satisfy GM's facility requirements, etc.).  As this Court previously recognized, the GM dealer agreement cannot be assumed and assigned to Edwards without GM's consent.  *See* Order (Docket No. 134) ("The franchise agreements with General Motors LLC and Ford Motor Company. . . cannot be transferred or assigned absent consent of these entities . . .").  Thus, GM has no objection to Edwards closing on the purchase of assets and temporarily assuming dealership operations, but Edwards must still satisfy GM's standard requirements for

NAI-1500342353v1

-2-

all new dealers under the Dealer Sales and Service Agreement and GM's standard policies and procedures.

Dated: May 19, 2015                                  Respectfully submitted,

/s/ Dallas J. Janssen
Dallas J. Janssen
JANSSEN LAW OFFICE
700 Second Avenue, Suite 103
Des Moines, Iowa 50309-1712
Telephone: (515) 274-9161
Facsimile: (515) 274-1364
DJanssen@dwx.com

ATTORNEY FOR GENERAL MOTORS LLC

OF COUNSEL:

Jeffrey J. Jones
Christopher M. Healey
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
jjjones@jonesday.com
cmhealey@jonesday.com