IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: GRETTER AUTOLAND, INC., <br><br> Debtor. | Case No. 14-02831als[1] <br><br> Chapter 11 |

**DEBTOR'S EXHIBIT LIST RE: HEARING ON MOTIONS FOR
ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO
ASSUME AND ASSIGN EXECUTORY CONTRACTS**

COMES NOW the Debtor, Gretter Autoland, Inc. (the "Debtor"), by and through its attorneys, Bradley R. Kruse and the law firm of Brown, Winick, Graves, Gross, Baskerville and Schoenebaum, P.L.C., and submits the following list of exhibits which it may introduce into evidence at the preliminary hearing or any additional hearings on the Debtor's Motion for Entry of an Order Authorizing the Debtor to Assume and Assign Executory Contract with Ford Motor Company Pursuant to 11 U.S.C. § 365 [Docket No. 168] and on the Debtor's Motion for Entry of an Order Authorizing the Debtor to Assume and Assign Executory Contract with General Motors LLC Pursuant to 11 U.S.C. § 365 [Docket No. 169] filed on May 29, 2015:

1. Ford Sales and Service Agreement, attached to Docket No. 168 as Exhibit A

2. General Motors, LLC Dealer Sales and Service Agreement(s), attached to Docket No. 169 as Exhibit A

3. Iowa DOT Registered Motor Vehicle Dealer License Number D208, attached hereto

---

[1] Jointly Administered with: *In re Gretter Ford Mercury, Inc.*, Case No. 14-02832-als; and *In re Gretter Chevrolet Company*, Case No. 14-02833-als.

4.  All exhibits designated by any other party

5.  Any exhibits necessary for rebuttal

>   */s/ Bradley R. Kruse*
>   Bradley R. Kruse
>   Drew D. Larson
>   BROWN, WINICK, GRAVES, GROSS,
>   BASKERVILLE AND SCHOENEBAUM, P.L.C.
>   666 Grand Avenue, Suite 2000
>   Des Moines, IA 50309-2510
>   Telephone: 515-242-2460
>   Facsimile: 515-323-8560
>   E-mail: kruse@brownwinick.com
>
>   ATTORNEYS FOR THE DEBTOR

CERTIFICATE OF SERVICE

On June 19, 2015, this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

>   */s/ Bradley R. Kruse*



**IOWADOT**
SMARTER | SIMPLER | CUSTOMER DRIVEN

www.iowadot.gov

Office of Vehicle & Motor Carrier Services
PO Box 9278 | Des Moines, IA 50306-9278
Phone: 515-237-3110 | Fax: 515-237-3056

**Gretter Ford Inc, Gretter Autoland Inc**
201 S AIRPORT RD
WASHINGTON, IA 523534709
Washington County

License Number

**D208**

Issued 10-28-1997
Start Date 01-01-2015
Expiration Date
12-31-2016

### License Type

Registered Motor Vehicle Dealer - Authorized to engage in the business of selling New Vehicles - Cars, Trucks of the following makes and all types of used motor vehicles at retail.

### Authorized Makes

New Cars of the following makes: Ford, Buick, Chevrolet
New Trucks of the following makes: Ford, GMC, Chevrolet

_Paul Trombino_

Paul Trombino III
Director, Iowa Department of Transportation

This license must be displayed conspicuously.