IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 14-02831-als11 |
| | ) | Chapter 11 |
| GRETTER AUTOLAND, INC., | ) | |
| | ) | |
| | ) | NOTICE OF APPEARANCE AND |
| Debtor. | ) | REQUEST FOR SERVICE OF NOTICES |
| | ) | AND PLEADINGS |

The undersigned, Julie Johnson McLean, of the law firm of Davis, Brown, Koehn, Shors & Roberts, P.C., 215 10th Street, Suite 1300, Des Moines, Iowa 50309, hereby enters her appearance as attorney on behalf of Ford Motor Company, a party in interest herein ("Ford Motor") of the Debtor Gretter Autoland, Inc. ("Debtor").

Pursuant to Bankruptcy Rules 2002(g) and 9010(b), the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned attorney at the office address set forth below and further requests her name and address be entered upon the mailing matrix in this proceeding. Please take further notice that the foregoing requested documents include the notices and papers referred to in Sections 342 and 1109(b) of the Bankruptcy Code, Bankruptcy Rule 2002, and otherwise.

This Notice of Appearance and Request for Service of Notices and Pleadings shall not be deemed to be and is not a waiver of the rights of Ford Motor, and is not to be construed as a waiver of any right: (i) to have final orders in non-core matters entered only after *de novo* review by the district court; (ii) to have trial by jury in any proceeding so triable; (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) claim, action, defense, setoff or recoupment to which Ford Motor may be entitled, all of

#2611095

which rights, claims, actions, defenses, setoffs and recoupments, at law or in equity, are hereby expressly reserved. The filing of this Notice of Appearance and Request for Service of Notices and Pleadings shall not be deemed a confession or concession of jurisdiction in any way and shall not be deemed to constitute consent to electronic service of any pleadings or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: June 23, 2015.

Respectfully submitted,

/s/ Julie Johnson McLean
Julie Johnson McLean (AT#005185)
Davis, Brown, Koehn,
Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
juliemclean@davisbrownlaw.com
ATTORNEY FOR FORD MOTOR COMPANY

Electronically filed.

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served electronically upon all parties to the above cause and each of the attorneys of record herein based upon the Notice of Electronic Filing received from CM_ECF@iasb.uscourts.gov on June 23, 2015, upon the parties listed on the Electronic Service List herein.

Signature:         /s/ Julie Johnson McLean
            Julie Johnson McLean

2