**EXHIBIT B – Post-Petition Invoices**

55312:00005:2197025-2



# Account Summary

Page: 1 OF 4  0121/640/HOW/N

7390 EMPIRE DRIVE
FLORENCE, KY 41042

| | |
|---|---:|
| Invoice Date: | 30-APR-2015 |
| Account Number: | 760671-91 |
| Invoice Number: | 15500091 |
| Invoice Amount: | $6,745.27 |
| Due Date: | 10-MAY-2015 |

003606 - 000001

To:  GRETTER AUTOLAND
201 S AIRPORT RD
WASHINGTON, IA 52353-1867

Inquiries:
BILLING: 866-510-5103
SUPPLIES: 800-237-2372

**CDK Global Federal Tax ID: 91-1674947**

| SUMMARY OF CHARGES | GRETTER AUTOLAND (760671-91) | ASP - GRETTER AUT (761349-32) | TOTAL |
|---|---:|---:|---:|
|  | 275.00 | 0.00 | 275.00 |
| | 4,728.70 | 0.00 | 4,728.70 |
| | 107.48 | 0.00 | 107.48 |
| | 720.48 | 0.00 | 720.48 |
| | 866.73 | 46.88 | 913.61 |
| | 6,698.39 | 46.88 | 6,745.27 |

**Go Green This Spring! Export your invoice into Excel and store electronically from our Online Invoice Management tool! Sign up today at: adpdealerservices.com/onlineinvoice.**

**DUE FROM CLIENT**

| Beginning Balance | Current Charges | Current Activity | Ending Balance |
|---|---|---|---|
| 14,406.68 | 6,745.27 | 0.00 | 21,151.95 |

**DUE FROM FINANCE LENDER**

| Beginning Balance | Current Charges | Current Activity | Ending Balance |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

**TOTAL ACCOUNT AGING AS OF 16-APR-2015**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | On Account | Balance |
|---|---|---|---|---|---|---|
| 6,745.27 | 7,096.27 | 7,310.41 | 0.00 | 0.00 | 0.00 | 21,151.95 |

**KEEP THIS PORTION FOR YOUR RECORDS**

**IMPORTANT**
1. Please indicate Invoice Numbers on check
2. Make Check payable to CDK Global
3. **RETURN THIS STUB WITH YOUR REMITTANCE TO:**



P.O. BOX 88921
CHICAGO, IL 60695-1921

From:  GRETTER AUTOLAND
201 S AIRPORT RD
WASHINGTON, IA 52353-1867

| | |
|---|---:|
| Account Number: | 760671-91 |
| Due Date: | 10-MAY-2015 |
| Amount Due: | $21,151.95 |
| Amount Enclosed: | |



# Account Summary

Page: 1 OF 5                                    0121/640/HOW/N

| | |
|---|---|
| Invoice Date: | 31-MAY-2015 |
| Account Number: | 760671-91 |
| Invoice Number: | 15554568 |
| Invoice Amount: | $6,733.27 |
| Due Date: | 10-JUN-2015 |

7390 EMPIRE DRIVE
FLORENCE, KY 41042

003678 - 000001

To:    **GRETTER AUTOLAND**
       **201 S AIRPORT RD**
       **WASHINGTON, IA 52353-1867**

Inquiries:
BILLING: 866-510-5103
SUPPLIES: 800-237-2372

**CDK Global Federal Tax ID: 91-1674947**

| SUMMARY OF CHARGES | GRETTER AUTOLAND (760671-91) | ASP - GRETTER AUT (761349-32) | TOTAL |
|---|---|---|---|
|  | 275.00 | 0.00 | 275.00 |
| | 4,716.70 | 0.00 | 4,716.70 |
| | 107.48 | 0.00 | 107.48 |
| | 720.48 | 0.00 | 720.48 |
| | 866.73 | 46.88 | 913.61 |
| | 6,686.39 | 46.88 | 6,733.27 |

**Please refer to the back page for pricing notification.**

**DUE FROM CLIENT**

| Beginning Balance | Current Charges | Current Activity | Ending Balance |
|---|---|---|---|
| 21,151.95 | 6,733.27 | -14,406.68 | 13,478.54 |

**DUE FROM FINANCE LENDER**

| Beginning Balance | Current Charges | Current Activity | Ending Balance |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

**TOTAL ACCOUNT AGING AS OF 14-MAY-2015**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | On Account | Balance |
|---|---|---|---|---|---|---|
| 6,733.27 | 6,745.27 | 0.00 | 0.00 | 0.00 | 0.00 | 13,478.54 |

**KEEP THIS PORTION FOR YOUR RECORDS**

**IMPORTANT**
1. Please indicate Invoice Numbers on check
2. Make Check payable to CDK Global
3. **RETURN THIS STUB WITH YOUR REMITTANCE TO:**



P.O. BOX 88921
CHICAGO, IL 60695-1921

From:    GRETTER AUTOLAND
         201 S AIRPORT RD
         WASHINGTON, IA 52353-1867

| | |
|---|---|
| Account Number: | 760671-91 |
| Due Date: | 10-JUN-2015 |
| Amount Due: | $13,478.54 |
| Amount Enclosed: | |



# Account Summary

Page: 1 OF 4        0121/640/HOW/N

7390 EMPIRE DRIVE
FLORENCE, KY 41042

| | |
|---|---:|
| Invoice Date: | 30-JUN-2015 |
| Account Number: | 760671-91 |
| Invoice Number: | 15608976 |
| Invoice Amount: | $6,437.95 |
| Due Date: | 10-JUL-2015 |

007273 - 000001

To:  **GRETTER AUTOLAND**
201 S AIRPORT RD
WASHINGTON, IA 52353-1867

Inquiries:
BILLING: 866-510-5103
SUPPLIES: 800-237-2372

**CDK Global Federal Tax ID: 91-1674947**

| SUMMARY OF CHARGES | GRETTER AUTOLAND (760671-91) | ASP - GRETTER AUT (761349-32) | TOTAL |
|---|---:|---:|---:|
|  | 275.00 | 0.00 | 275.00 |
| | 4,421.38 | 0.00 | 4,421.38 |
| | 107.48 | 0.00 | 107.48 |
| | 720.48 | 0.00 | 720.48 |
| | 866.73 | 46.88 | 913.61 |
| | 6,391.07 | 46.88 | 6,437.95 |

**ePay! Save hassle of printing checks & mailing payments. ePay is a safe & secure environment. Payments are applied directly to invoice of choice - immediately reducing your account balance. Go: cdkglobal.com/onlineinvoice.**

**DUE FROM CLIENT**

| Beginning Balance | Current Charges | Current Activity | Ending Balance |
|---|---|---|---|
| 13,478.54 | 6,437.95 | 0.00 | 19,916.49 |

**DUE FROM FINANCE LENDER**

| Beginning Balance | Current Charges | Current Activity | Ending Balance |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

**TOTAL ACCOUNT AGING AS OF 16-JUN-2015**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | On Account | Balance |
|---|---|---|---|---|---|---|
| 6,437.95 | 6,733.27 | 6,745.27 | 0.00 | 0.00 | 0.00 | 19,916.49 |

**KEEP THIS PORTION FOR YOUR RECORDS**

**IMPORTANT**
1. Please indicate Invoice Numbers on check
2. Make Check payable to CDK Global
**3. RETURN THIS STUB WITH YOUR REMITTANCE TO:**



P.O. BOX 88921
CHICAGO, IL  60695-1921

From:  GRETTER AUTOLAND
201 S AIRPORT RD
WASHINGTON, IA 52353-1867

| | |
|---|---:|
| Account Number: | 760671-91 |
| Due Date: | 10-JUL-2015 |
| Amount Due: | $19,916.49 |
| Amount Enclosed: | |