**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

---------------------------------------------------------------x
                                                               :
In re:                                                         :  Case No. 14-02831
                                                               :
GRETTER AUTOLAND, INC.,                                        :  Chapter 11
                                                               :
                    Debtor.                                    :
---------------------------------------------------------------x

**GENERAL MOTORS LLC'S LIST OF WITNESSES AND EXHIBITS FOR JULY 24, 2015 HEARING REGARDING DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO ASSUME AND ASSIGN EXECUTORY CONTRACT WITH GENERAL MOTORS LLC PURSUANT TO 11 U.S.C. § 365**

With respect to the July 24, 2015 hearing regarding the *Debtor's Motion for the Entry of an Order Authorizing the Debtor to Assume and Assign Executory Contract with General Motors LLC Pursuant to 11 U.S.C. § 365* (Docket No. 169) (the "Motion") and General Motors LLC's ("GM") objections thereto, GM identifies the following potential fact witnesses:

- William A. Robenault, GM Dealer Network Development
- Other witnesses identified by the parties on direct or cross examination
- Other witnesses that may be required for purposes of rebuttal or impeachment

GM also identifies the following exhibits that are relevant to the Motion:

- Exhibit A: Dealer Sales and Services Agreement
- Exhibit B: Exclusive Use Agreement
- Exhibit C: GM's conditional approval letter dated June 19, 2015
- Exhibit D: Photos and/or demonstrative depictions of the Debtor's dealership[1]

---

[1] This Exhibit is not attached because the documents are unavailable at this time. GM will submit a supplement with Exhibit D as soon as possible.

NAI-1500442699v1

-2-

- Any and all Exhibits previously identified by the parties for prior hearings.

Dated: July 17, 2015                                    Respectfully submitted,

/s/ Dallas J. Janssen
Dallas J. Janssen
JANSSEN LAW OFFICE
700 Second Avenue, Suite 103
Des Moines, Iowa 50309-1712
Telephone: (515) 274-9161
Facsimile: (515) 274-1364
DJanssen@dwx.com

ATTORNEY FOR GENERAL MOTORS LLC

OF COUNSEL:

Jeffrey J. Jones
Christopher M. Healey
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
jjjones@jonesday.com
cmhealey@jonesday.com