**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Gretter Autoland, Inc.** | Case No. **14-02831-als11** |
| Debtor(s) | |
| **Gretter Ford Mercury, Inc.** | Case No. **14-02832-als11** |
| Debtor(s) | |
| **Gretter Chevrolet Company** | Case No. **14-02833-als11** |
| Debtor(s) | |

July 24, 2015 Hearing on:
**Motion to Assume and Assign Executory Contract (#169) and Objection (#190)**

Appearances were noted on the record.

Witnesses:　　　Thomas D. Gretter
　　　　　　　　Brett Edwards
　　　　　　　　William A. Robenault

Exhibits Admitted:　　Debtor's Exhibits 1, 2, 3
　　　　　　　　　　Edwards Auto Plaza Exhibits EDW 1, EDW 2, EDW 3
　　　　　　　　　　General Motors, LLC Exhibits GM A through GM D-5

**ORDER**
(date entered on docket: July 27, 2015)

Based upon the discussion conducted at the conclusion of the hearing

**It is hereby ORDERED that:**

1.　　The evidentiary record is closed.

2.　　The parties shall have until July 31, 2015 to file written arguments and briefs.

3.　　The matter will be placed under advisement on August 4, 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/ Anita L. Shodeen
　　　　　　　　　　　　　　　　　　　　　　Anita L. Shodeen
　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: