**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Gretter Autoland, Inc.** | Case No. **14-02831-als11** |
| Debtor(s) | |
| **Gretter Ford Mercury, Inc.** | Case No. **14-02832-als11** |
| Debtor(s) | |
| **Gretter Chevrolet Company** | Case No. **14-02833-als11** |
| Debtor(s) | |

October 9, 2015 Hearing on:
**Motion to Convert Case to Chapter 7 (##114, 258) and Objection (#274)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: October 9, 2015)

Based upon the statements made on the record and the objection having been withdrawn or deemed moot

**It is hereby ORDERED that:**

1. The Motion(s) are granted.

2. The Clerk of Court shall serve a Notice of Conversion (also known as a 341 notice) on everyone in this chapter case as required by Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure.

3. Today's record shall constitute the Court's findings and conclusions pursuant to Bankruptcy Rules 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: