**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Gretter Autoland, Inc.** | Case No. **14-02831-als11** |
| Debtor(s) | |
| **Gretter Ford Mercury, Inc.** | Case No. **14-02832-als11** |
| Debtor(s) | |
| **Gretter Chevrolet Company** | Case No. **14-02833-als11** |
| Debtor(s) | |

October 9, 2015 Hearing on:
**Motion for Reconsideration of Order on Claims (#272), Joinder (#281), Objections (#283, #299, #304, #305, #306), and Response (#317)**

Appearances were noted on the record.

Gretter Exhibits A and B
Edwards Auto Plaza, Inc. Exhibit A
General Motors, LLC Exhibits A through H

**ORDER**
(date entered on docket: October 9, 2015)

Based upon the docket, filed documents, arguments of the parties at the time of hearing and the admitted exhibits

**It is hereby ORDERED that:**

1. The Objections are sustained.

2. The Motion for Reconsideration of Order is denied.

3. Today's record shall constitute the Court's findings and conclusions pursuant to Federal Bankruptcy Rules 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: