**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of Jointly Administered:

| | |
|---|---|
| **Gretter Autoland, Inc.** | Case No. **14-02831-als11** |
| Debtor(s) | |
| **Gretter Ford Mercury, Inc.** | Case No. **14-02832-als11** |
| Debtor(s) | |
| **Gretter Chevrolet Company** | Case No. **14-02833-als11** |
| Debtor(s) | |

October 9, 2015 PRELIMINARY Hearing on:
**Motion for Protective Order (#297)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: October 9, 2015)

Based upon the filed documents and arguments of the parties at the time of the hearing

**It is hereby ORDERED that:**

1. The Motion is granted.

2. Today's record shall constitute the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy 7052 and 9014.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: