# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No.14-02831-als7 |
| | ) | |
| **GRETTER AUTOLAND, INC,** | ) | Chapter 7 (Converted from Ch 11) |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Anita L. Shodeen |
| | ) | |
| | ) | **FIRST AND FINAL APPLICATION OF** |
| | ) | **BRADSHAW, FOWLER, PROCTOR &** |
| 201 Airport Rd. | ) | **FAIRGRAVE, P.C., COUNSEL TO THE** |
| Washington, IA  52353 | ) | **CHAPTER 11 OFFICIAL COMMITTEE** |
| | ) | **OF UNSECURED CREDITORS, FOR** |
| | ) | **ALLOWANCE AND PAYMENT OF** |
| | ) | **COMPENSATION AND** |
| EIN: 20-8695006 | ) | **REIMBURSEMENT OF EXPENSES** |
| | ) | **PURSUANT TO SECTION 330 OF THE** |
| | ) | **BANKRUPTCY CODE.** |
| | ) | |
| _____ | ) | No Hearing Set |

TO THE HON. ANITA L. SHODEEN, UNITED STATES BANKRUPTCY JUDGE:

Jeffrey D. Goetz, Esq., ("Goetz") of the law firm of Bradshaw, Fowler, Proctor &

Fairgrave, P.C. (hereinafter referred to as the "Firm"), the duly-employed Counsel for the

Official Committee of Unsecured Creditors (the "OUCC") during the pendency of the Chapter

11 case, respectfully submits this First and Final Fee Application (the "Final Application")

seeking (a) allowance and payment of compensation and reimbursement of expenses under

Bankruptcy Code Section 330 for the period from January 7, 2015 until and including October 9,

2015 ("Application Period").  The Firm submits this First and Final Application for (a)

allowance of compensation for professional services rendered by the Firm to the OUCC during

Application Period, and (b) reimbursement of actual and necessary charges and disbursements

incurred by the Firm in rendition of required professional services on behalf of the OUCC.  In

support of this First and Final Application, the Firm represents as follows:

## JURISDICTION AND VENUE

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

A Voluntary Petition under Chapter 11 of the Bankruptcy Code (Docket Item 1) was filed by the Debtor on December 1, 2014 ("Petition Date") and converted to a Chapter 7 by Order entered October 9, 2015 (Docket Item 321).

On January 7, 2015, the Office of the United States Trustee appointed the Committee as an official committee (Docket Item 58) to represent the interest of unsecured creditors of the Debtor in the Chapter 11 case pursuant to § 1102 of the Bankruptcy Code.

The statutory predicates for the relief requested herein are Bankruptcy Code § 330 and Bankruptcy Rule 2016.   This First and Final Application has been prepared in accordance with local practice and guidelines.

## THE RETENTION OF THE FIRM

The OUCC filed its Application to employ Donald F. Neiman, Esq.,  Jeffrey D. Goetz, Esq., and the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C. as its Chapter 11 Counsel on February 4, 2015 (Docket Item 72), which provided for the Debtor to pay a $10,000.00 post-petition retainer as a guarantee for payment of services. The Firm was retained by the OUCC pursuant to the terms outlined in the Affidavit of Donald F. Neiman ("Affidavit" at Docket No. 72-1).   On March 3, 2015, the Court entered its order (Docket Item 97) approving the OUCC's employment of Donald F. Neiman, Esq., Jeffrey D. Goetz, Esq., and the Bradshaw, Fowler, Proctor & Fairgrave Law Firm as Counsel.   The Affidavit and the Application and Order

authorizing the OUCC's employment of the Firm provide that the Firm has no agreement to share compensation received for services rendered in this case.

<u>THIS FEE APPLICATION</u>

The Firm did not receive the $10,000.00 retainer or any retainer for its services.

A declaration by Jeffrey D. Goetz, Esq. in support of this fee application is attached as Exhibit "A" and is incorporated by reference herein.

The Firm maintains written records of the time expended by attorneys and paraprofessionals in the rendition of professional services to the OUCC. Such time records were made contemporaneously with the rendition of services by the person rendering such services. A copy of the daily time records for the Application Period, broken down by listing the name of the attorney or paraprofessional, the date on which the services were performed, and the amount of time spent in performing the services, is annexed hereto as Exhibit "B".

Included in Exhibit "B" is a list of the attorneys and paraprofessionals who have worked on this case during the Application Period, the aggregate time expended by each individual during the Application Period, his or her hourly billing rate during the Application Period, and the amount of the Firm's fees attributable to each individual.

The Firm also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of professional services. A schedule setting forth the categories of expenses and amounts for which reimbursement is requested is also included in Exhibit "B."

<u>EVALUATING THE FIRM'S SERVICES</u>

Concerning the level of compensation, Bankruptcy Code § 330 provides, in pertinent

part, that the Court may award a professional person:

> "(a)(1) After notice to the parties in interest and the United States
> Trustee and a hearing, and subject to sections 326, 328, and 329, the court
> may award to…a professional person…
>
> (A)     reasonable compensation for actual, necessary services
> rendered by the ... professional person, or attorney and by any
> paraprofessional person employed by any such person; and
> (B)     reimbursement for actual, necessary expenses."

In determining the amount of reasonable compensation to be awarded, Bankruptcy Code

§ 330 also provides that the court shall consider the nature, the extent, and the value of such

services, taking into account all relevant factors, including:

> "(A)     the time spent on such services;
> (B)     the rates charged for such services;
> (C)     whether the services were necessary to the
> administration of, or beneficial at the time at which
> the service was rendered toward the completion of,
> a case under this title;
> (D)     whether the services were performed within a
> reasonable amount of time commensurate with the
> complexity, importance, and nature of the problem,
> issue, or task addressed; and
> (E)     with respect to a professional person, whether the
> person is board certified or otherwise has
> demonstrated skill and experience in the bankruptcy
> field; and
> (F)     whether the compensation is reasonable based on
> the customary compensation charged by
> comparably skilled practitioners in cases other than
> cases under this title."

The Congressional intent and policy expressed in Bankruptcy Code § 330 is to provide

for adequate compensation to continue to attract qualified and competent practitioners to

bankruptcy cases.  In a Chapter 11 case, the court may allow reasonable compensation to the

professional person for representing the interests of the debtor or other party in connection with the bankruptcy case based on a consideration of the benefit and necessity of such services and the other factors set forth in this § 330.  Additionally, Bankruptcy Code § 330(a)(3)(E) is applicable, as Jeffrey D. Goetz, Esq. is Board Certified in Business and Consumer Bankruptcy Law by the American Board of Certification.

The "lodestar" method of the fee calculation developed by courts in this circuit is the method used to determine a "reasonable" attorney fee in all the federal courts, including the bankruptcy courts.  In the Southern District of Iowa, this Court has stated that all applications for attorney fees must comply with the standards set forth in In re Pothoven, 84 B.R. 579 (S.D. Iowa, 1988).  Under the Pothoven case, applications for compensation for services and/or reimbursement of necessary expenses from the estate must set forth a detailed statement of the services rendered, time expended and expenses incurred, and the amounts requested.  As set forth in the Pothoven case, attached hereto as Exhibit "C" and incorporated herein are the "Firm Resumes."

THE FIRM'S REQUEST FOR FINAL COMPENSATION

The Firm submits that its request for allowance of compensation is reasonable.  The services rendered by the Firm, as highlighted above, required substantial time and effort. The services rendered by the Firm during the Application Period were performed diligently and efficiently.  Accordingly, when possible, the Firm delegated tasks to lower cost junior attorneys or, for discrete matters, to attorneys with specialized expertise in the particular task at issue. While that approach may have required intra-office conferences or involved individual attorneys who spent only a few hours on the matter at hand, the net result was enhanced cost efficiency.

The services rendered to the OUCC by the Firm during the First and Final Application Period required an aggregate expenditure of 164.3 recorded hours of time of attorneys and paraprofessionals.  The Firm's hourly rates and fees charged are consistent with the market rate for comparable services.

DISBURSEMENTS

The Firm incurred actual and necessary out-of-pocket expenses during the Application Period, in connection with the rendition of the professional services described above, in the amounts set forth in Exhibit "B."  By this Application, the Firm respectfully requests allowance of such reimbursement in full.

The disbursements for which the Firm seeks reimbursement include the following:

| | |
|---|---:|
| Filing Fees | $45.00 |
| Computer Research – Pacer | $16.10 |
| Publication Costs for Creditors Committee Manual 5th Edition | $31.45 |
| Long Distance Charges | $15.39 |
| **Total:** | **$107.94** |

WHEREFORE, Bradshaw Fowler Proctor & Fairgrave, PC respectfully requests that this Court enter an order as follows:

a.      Allowing the Firm compensation for fees during the First and Final Application Period in the amount of $49,823.50;

b.      Awarding the Firm reimbursement of actual, necessary expenses incurred in connection with the rendition of services during the Application Period in the amount of $107.94;

c.      Authorizing and directing the Chapter 7 Trustee to pay to the Firm $49,931.44 for the fees and expenses requested; and

d.      For such other and further relief as may be just or proper under the circumstances.

Dated:  January 7, 2016                          /s/      *Jeffrey D. Goetz*
                                                 Jeffrey D. Goetz, Esq., IS #9999366
                                                 Bradshaw, Fowler, Proctor &  Fairgrave, P.C.
                                                 801 Grand Avenue, Suite 3700
                                                 Des Moines, Iowa 50309-8004
                                                 515/246-5817
                                                 515/246-5808 FAX
                                                 goetz.jeffrey@bradshawlaw.com

                                                 Former Counsel for the Chapter 11 Official
                                                 Unsecured Creditors' Committee


CERTIFICATE OF SERVICE:  This document was served electronically on parties who receive electronic notice
through CM/ECF as listed on CM/ECF's notice of electronic filing.
/s/        *Barbara Warner*

EXHIBIT "A"

<u>DECLARATION BY COUNSEL FOR OUCC</u>

I, Jeffrey D. Goetz, Esq. declare as follows:

1.      The matters stated in this Declaration are true and correct and within my own

personal knowledge and belief.  If called as a witness, I could and would competently testify

hereto.

2.      I am an attorney licensed to practice law before this court and am the duly

employed Counsel for the OUCC.  I am duly admitted to practice law in the courts of the States

of Iowa and California and in the United States District Courts for the Northern and Southern

Districts of Iowa.

3.      I have personal knowledge of the facts set forth in the foregoing First and Final

Application and, if called upon as a witness, I could and would competently testify as to all of

the matters stated therein.

I declare under penalty of perjury under the laws of the United States and the laws of the

State of Iowa that the foregoing is true and correct and is executed this 7th day of January, 2016.

Dated:  January 7, 2016                                    _/s/  Jeffrey Goetz_____
                                                                          Jeffrey D. Goetz

**BRADSHAW FOWLER**
**PROCTOR & FAIRGRAVE**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

December 31, 2015

Invoice Number: 223857
Federal ID: 42-1378302
Matter: 16079.1

Gretter Autoland Unsecured Creditor's
Mark Cobb
520 N. 5th Street
P.O. Box 267
Washington, IA  52353-0267

RE:  Creditor Representation in Chapter 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH October 9, 2015

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/15 | DFN | Email from Mark regarding appointment to committee (.1); Email to Mark regarding explanation of appointment (.1; Email to US Trustee regarding status of case (.1); Email from Snyder regarding results of the hearing, possible preference and avoidance claims (.2); Email to Snyder (.1); Email to Mark regarding US Trustee's responses, availability of counsel to committee (.2); | 0.80 | 276.00 |
| 01/23/15 | BGW | Phone call from Marc Cobb regarding the Official Unsecured Creditors Committee (.2) email to Don Neiman regarding same (.1) | 0.30 | 25.50 |
| 01/23/15 | DFN | Obtained copies of the amended petition and the statement of financial affairs filed by Gretter (.2); Email to Mark a copy of the financial affairs (.1); Email from Mark regarding conference call on Thursday (.1); Email to Mark regarding call in code (.1); | 0.50 | 185.00 |
| 01/23/15 | JDG | Conference with Don re: engagement by committee, conference call, scheduling, case background (.1); Telephone call with Debtor's counsel Brad Kruse re: case background, status (.2); | 0.30 | 105.00 |
| 01/27/15 | BGW | Download documents from Court Docket (1.0); uploaded and edited all attorney information (.7) | 1.70 | 144.50 |
| 01/27/15 | DFN | Email to Mark the ABI named for committee | 0.40 | 148.00 |

Gretter Autoland Unsecured Creditor's
Invoice No. 223857

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | members (.2); Eail to Mark the proposed by-laws for the committee to review and approve (.2); | | |
| 01/29/15 | DFN | Conference call with creditor's committee - Mark Cobb, Darwin Sherman and Ron Slechta, review of matters, appointment of member, hiring of firm, process and procedures, need for non-disclosure agreement; Discussed Chapter 11 process and procedure, preference and fraudulent transfer claims, etc. (1.0) Call from Darwin Sherman regarding information on Gretter's finances (.2); | 1.20 | 444.00 |
| 01/29/15 | JDG | Drafted and edited agenda for OUCC organizational meeting (.2); Attend telephonic organizational meeting of OUCC with Don Neiman (.8) | 1.00 | 350.00 |
| 01/30/15 | DFN | Draft of short non-disclosure agreement among members of committee (.5); Further revision of non-judicial disclosure agreement (.3); | 0.80 | 296.00 |
| 01/30/15 | LMG | Draft notice of appearance for Official Committee of Unsecured Creditors (.2); Draft legal services agreement letter (.4); Draft application to employ (.3) all for attorney review; Redraft application to employ after attorney review (.6); | 1.50 | 165.00 |
| 01/31/15 | JDG | Review and edit of confidentiality agreement vers 2 redline (.3); Review and edit of application to employ (.1); | 0.40 | 140.00 |
| 02/04/15 | BGW | Drafting and filing request for Digital CD of 341a meeting, the Order re: Stipulation and Order re: Motion to Dismiss (.2) | 0.20 | 17.00 |
| 02/04/15 | JDG | Review court docket re: select hearings to order recordings (.1); Emails from and to AUST Snyder and Don re: application to employ, nunc pro tunc, 30 day rule, settlement communications (.1); Cursory review of December 2014 UST MOR (.1) | 0.30 | 105.00 |
| 02/04/15 | LMG | Update application and affidavit, efile with Court after attorney review (.4); | 0.40 | 44.00 |
| 02/09/15 | JDG | Conference with Don re: December MOR, telephonic | 0.40 | 140.00 |

Gretter Autoland Unsecured Creditor's
Invoice No. 223857

Page 3
December 31, 2015

| | | | | |
|---|---|---|---|---|
| | | hearing, action plan (.1); Conference with Krystal re: action plan, strategy, procedural issues re: all pending matters (.2); Review proof of claim re: UPS (.1) | | |
| 02/09/15 | KRM | Conference with Jeff Goetz re action plan (.2); | 0.20 | 32.00 |
| 02/10/15 | JDG | Email and document from Brad Kruse re: letter of intent, settlement communication (.1); Telephone call from Brad Kruse re: case update & background, LOI, hearing, settlement discussions (.7); Appearance at telephone hearing re: sale motion and status conference (.4); | 1.20 | 420.00 |
| 02/11/15 | JDG | Review court minute order re: sale motion (.1); | 0.10 | 35.00 |
| 02/13/15 | JDG | Review motion for relief from stay re: Ally Bank (.2); Telephone calls to and from Ray Terpstra re: update & status, Washington Bank priority re: Ally Bank (.2); Review court bar date notice re: relief from stay (.1); Review of UST amendment to motion to dismiss (.2); Telephone calls to and from Brad Kruse re: update & status, LOI, relief from stay (.4); Several emails to and from committee re: update & status, order, motion, amendment, conference call (.2); | 1.30 | 455.00 |
| 02/13/15 | KRM | Review UST amended motion to dismiss (.3); Review minute order re sale and Ally Bank's motion for relief from stay (.5); | 0.80 | 128.00 |
| 02/16/15 | JDG | Several telephone calls and emails from and to all committee members re: conference call, calendar conflict (.3); Telephone conference call with committee re: update & status, review all pending matters, strategy, procedural issues (1.1); Several telephone calls from and to Brad Kruse re: update & status re: sale process (.5) | 1.90 | 665.00 |
| 02/17/15 | JDG | Telephone call to Donal Cram re: Ally Bank position on sale, strategy, procedural issues (.4); Telephone calls to and from Ray Terpstra re: update & status, strategy, sale (.4); Several telephone calls to and from Brad Kruse re: update & status, strategy, procedural issues re: sale (.4); | 1.20 | 420.00 |

Gretter Autoland Unsecured Creditor's                                          Page 4
Invoice No. 223857                                                   December 31, 2015

| | | | | |
|---|---|---|---|---|
| 02/18/15 | JDG | Review debtor's motion to sell (.4); Several telephone calls to and from Brad Kruse re: sale motion, strategy, procedural issues (1.1); Review of several hearing notices re: sale, motion to assume (.1); | 1.60 | 560.00 |
| 02/19/15 | JDG | Several telephone calls to and from Brad Kruse re: update & status, strategy, procedural issues, settlement discussions re: sale of assets (1.1); Emails and documents to and from Don Cram re: Ally Bank, preliminary review of loan & security documents (.4); Emails and documents to and from Ray Terpstra re: Washington State Bank, loan docs (.2); Review UST objection to sale (.2); Telephone call to AUST Snyder re: objection to sale (.2) | 2.10 | 735.00 |
| 02/20/15 | JDG | Telephone call from Brad Kruse re: update & status, strategy, procedural issues, settlement discussions (1.1); Several emails to and from Don and Chet re: sale hearing, appearances (.1); Review court hearing notice re: relief from stay (.1) | 1.30 | 455.00 |
| 02/20/15 | KRM | Review Ally's security interest documents (1.8); | 1.80 | 288.00 |
| 02/23/15 | JDG | Several telephone calls from and to Craig Hilpipre re: site visit, asset evaluation, strategy, procedural issues (.5) | 0.50 | 175.00 |
| 02/24/15 | JDG | Email and document from Mark Cobb re: update, minutes (.1); Several emails to and from Don and committee re: updated info, conference call (.1); Telephone calls and emails to and from Brad Kruse re: update & status, strategy, procedural issues re: sale motion (.4) | 0.60 | 210.00 |
| 02/25/15 | JDG | Emails from and to Mark, Ron & Darwin re: conference call, scheduling (.1); Review of several emails and threads from and to Ray Terpstra, Drew Larson re: update & status of settlement discussions (.2); Conference call with committee re: update & status, strategy, procedural issues (1.0) | 1.30 | 455.00 |
| 02/26/15 | JDG | Several emails, threads and documents from Ray Terpstra and other counsel re: settlement communications re: sale (.4); Several telephone calls | 3.10 | 1,085.00 |

BRADSHAW FOWLER PROCTOR & FAIRGRAVE, P.C.

Gretter Autoland Unsecured Creditor's                                                    Page 5
Invoice No. 223857                                                           December 31, 2015

---

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                     |      |        |
|----------|-----|-----|------|--------|
|          |     | to and from Ray Terpstra (.3), Don Cramm (.2) and Steve Havercamp (.2) re: sale, settlement communications; Conference call with Drew Larson and Brad Kruse re: sale, settlement discussions (.8); Several emails to and from the Committee re: sale, settlement communications (.3); Emails to and from Brad and Drew re: settlement communications (.2); Telephone call to Brad Kruse re: continued settlement discussions (.7) |      |        |
| 02/27/15 | JDG | Email from Ray Terpstra re: update on settlement discussions (.1); Telephone call to Brad Kruse re: update & status, settlement discussions re: sale, case (.8); Several emails from and to Donald Cram re: Ally Bank, Chapter 5 actions (.1); Email to Brad re: Chapter 5 actions (.1);                                                                                                                | 1.10 | 385.00 |
| 03/02/15 | JDG | Email and documents from Mark Cobb re: meeting minutes (.1);                                                                                                                                                                                                                                                                                                                                          | 0.10 | 35.00  |
| 03/03/15 | JDG | Review Bank of the West proof of claim re: furniture, fixtures and equipment claim (.2); Review court order re: employing committee counsel (.1); Emails to and from committee members re: order (.1)                                                                                                                                                                                                  | 0.40 | 140.00 |
| 03/04/15 | JDG | Telephone call to Brad Kruse re: update & status, sale motion, assumption/assignment, APA (.2);                                                                                                                                                                                                                                                                                                       | 0.20 | 70.00  |
| 03/05/15 | DFN | Attendance on conference call with members of the unsecured creditor's committee regarding developments in the case, sale motion, US Trustee's response to Washington Bank's objection, steel case's position (.8);                                                                                                                                                                                    | 0.70 | 259.00 |
| 03/05/15 | JDG | Review Washington State Bank response to sale motion (.1); Review UST response to WSB response (.1); Drafted and edited email memo to Brad Kruse re: settlement communication (.2); Several emails to and from committee members re: update & status, conference call (.2); Conference call with committee re: update & status, strategy, procedural issues, settlement (.8); Telephone call to Brad Kruze re: settlement discussions (.3); | 1.70 | 595.00 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/15 | BGW | Proof read Limited Objection of the OCUC to Ally Financial's Motion for Relief from Stay. Filed with court(.4); | 0.40 | 34.00 |
| 03/06/15 | JDG | Drafted and edited limited objection to Ally Bank motion for relief from stay, including review of files, records, documents, pleadings and legal research (4.1); Several emails to and from committee re: limited objection (.1); Review notice of appearance re: Anthony Crnic for BMO Harris Bank (.1); | 4.30 | 1,505.00 |
| 03/06/15 | KRM | Review security for Ally to determine secured position (1.5); | 1.50 | 240.00 |
| 03/09/15 | JDG | Review Ally Bank response to OUCC limited objection (.2) | 0.20 | 70.00 |
| 03/10/15 | JDG | Several emails from and to Atty Steve Havercamp re: hearing today, recap (.1); Review of files, records, documents, pleadings re: prepare for hearing on motion to dismiss (.4); Appearance on telephone hearing re: motion for relief from stay (.4) | 0.90 | 315.00 |
| 03/10/15 | KRM | Review Ally's reply to the limited objection by the creditor committee (.2); | 0.20 | 32.00 |
| 03/11/15 | JDG | Review court minute order re: hearing on Ally RS mtn (.1); | 0.10 | 35.00 |
| 03/12/15 | JDG | Telephone call from Brad Kruse re: update & status, amended sale motion, APA, settlement communications (.2); Review and edit of motion to convert to Chapter 7 (.3); Review of January monthly operating report (.2); Review and edit of motion to convert (.4) | 1.10 | 385.00 |
| 03/12/15 | KRM | Draft motion to convert (1.7); | 1.70 | 272.00 |
| 03/13/15 | JDG | Review of court hearing notice re: relief from stay (.1); | 0.10 | 35.00 |
| 03/16/15 | JDG | Telephone calls from and to AUST Snyder re: update & status, strategy, procedural issues re: additional interested parties, sale motion, APA (.3); Telephone | 1.90 | 665.00 |

Gretter Autoland Unsecured Creditor's
Invoice No. 223857

Page 7
December 31, 2015

| | | | | |
|---|---|---|---|---|
| | | call to Ray Terpstra re: update & status, strategy, procedural issues re: sale motion, APA, additional information (.4); Several telephone calls and emails to Jason Christopholos re: interested parties (.6); Telephone call to Bob Gainer re: referral, case update, strategy, procedural issues (.3); Email to Jim Snyder re: update, strategy (.1); Several emails from Bob Gainer re: contact with Christopoulos (.1); Email and document from Jason Christopoulos re: letter of intent (.1) | | |
| 03/16/15 | KRM | Draft objection to motion to sell; | 2.80 | 448.00 |
| 03/17/15 | DFN | Receipt and review of Edwards Auto Plaza, Inc. purchase agreement and review of amended motion to sell (.3); Attendance on conference call (.8); | 1.10 | 407.00 |
| 03/17/15 | JDG | Email and document from Drew Larson re: review of executed Edwards APA (.5); Several emails and documents to and from committee re: APA, conference call (.2); Telephone call to Bob Gainer re: update & status, strategy, procedural issues re: Helmsetter objection (.4); Email to and telephone call from Drew Larson and Brad Kruse re: APA, amended motion, strategy, procedural issues, objections, settlement discussions (.4); Email and documents from Drew Larson re: amended motion, clean APA (.1); Emails and documents to multiple parties re; amended motion, clean APA (.2); Telephone calls to and from Darwin re: conference call, documents (.1); Telephone call from Brad Kruse re: amended motion (.1);  Email from Jason Christopoulos re: update & status (.1); Telephone call to Drew Larson re: amended motion, Keota property (.3); Conference call with committee re: update & status, review all pending matters, strategy, procedural issues (.8) | 3.20 | 1,120.00 |
| 03/17/15 | KRM | Conference call with unsecured creditors' committee re sale motion; Continue drafting objection to motion to sell; | 4.60 | 736.00 |
| 03/18/15 | BGW | Research tax payments made and due on Airport Rd. property(.3); Proof read Motion (.5) and preparation of Motion for order shortening time for Objections to the | 2.30 | 195.50 |

Gretter Autoland Unsecured Creditor's                                                    Page 8
Invoice No. 223857                                                              December 31, 2015

---

|            |      | OUCC's Motion to convert (1.5) file with the court(.1); | | |
|------------|------|------------------------------------------|------|----------|
| 03/18/15 | DFN | Receipt and review of obligation to sale filed by Ford Motor Company by General Motors, by General Motors, LLC and by Bob Gainer on behalf of higher bidder (.6); | 0.60 | 222.00 |
| 03/18/15 | JDG | Email and documents from Mark Cobb re; meeting minutes (.1); Review and edit of limited objection to sale (.4); Email and documents from Ray Terpstra re: preliminary review of Washington State Bank loan documents (.3); Continued review and edit of objection to sale (1.2), motion to convert (1.4) and Application for expedited hearing (.4), including review of files, records, documents, pleadings and legal research; Review GM objection to sale (.2); Several telephone calls from and to Robert Gainer re: objection, strategy, procedural issues (.3); Review GM objection to assumption/assignment (.2); Review Ford Motor Co objection to assumption/assignment (.2); Email and documents from Don Cram re: witness exhibit list and exhibits (.2); Review notice of appearance re: Bob Gainer for Michael Helmstetter (.1); Review Helmstetter objection to sale re: higher and better offer (.1); Email from Ray Terpstra re: sale issues (.1); Email from and telephone call to Bob Gainer re: objections, strategy, procedural issues (.2); | 5.40 | 1,890.00 |
| 03/18/15 | KRM | Revise objection to sale motion; | 1.40 | 224.00 |
| 03/19/15 | JDG | Review debtor's witness & exhibit list (.1); Review Notice of Appearance re: Matthew Rusch for Edwards Auto Group (.1); Review court order re: expedited hearing on motion to convert (.1); Review UST objection to debtor's amendment to sale motion (.1); Telephone call from Don Cram re: relief from stay hearing, witnesses, Committee objection, prove up, settlement discussions (.2); Emails to and from Committee re: Ally Bank, relief from stay, strategy, procedural issues (.2); | 0.80 | 280.00 |
| 03/20/15 | JDG | Review CDK Global Motion for Admin Expense (.1); Review Ally Financial proof of claim (.1); Telephone | 0.50 | 175.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | call to Bob Gainer re: update & status, revised APA, strategy, procedural issues (.2); Review of Ally Financial motion for relief from stay re: single leased vehicle (.1) | | |
| 03/21/15 | JDG | Email to Brad Kruse and Drew Larson re: witnesses, hearing, examination (.1); | 0.10 | 35.00 |
| 03/23/15 | JDG | Email from Mark Cobb re: Ally Bank, settlement (.1); Email from and telephone call to Ray Terpstra re: auction, settlement discussions (.2); Telephone calls to and from Jim Snyder re: Gretter Autoland, sale, objections (.1); Review of CDK objection to sale, assumption/assignment (.1); Review of bar date notice re: CDK admin claim (.1); | 0.60 | 210.00 |
| 03/24/15 | JDG | Emails from and to Don and Brad re: claims, equipment (.1); Emails to and from Bob Gainer re: update & status re: redline APA, deposit (.1); Emails to and from Don Cram re: settlement discussions (.1); Several emails to and from Ray Terpstra re: settlement discussions (.2); Telephone call to Ray re: settlement discussions re: auction, procedures (.3); Email from Wes Husinga re: Hills Bank, settlement discussions (.1); Review and edit of proposed auction and bid procedures (.4); Telephone call to Bob Gainer re: update & status, auction & bid procedures (.1); | 1.40 | 490.00 |
| 03/24/15 | KRM | Draft auction and bidding procedures; | 1.90 | 304.00 |
| 03/25/15 | JDG | Continued review and edit of proposed auction & bid procedures (.3); Email and document to multiple parties re: settlement communication: auction & bid procedures (.2); Email from Jim Snyder re: auction & bid procedures, objection (.1); Several telephone calls to and from Wes Husinga re: auction & bid procedures (.2); Telephone calls to and from Brad Kruse re: update & status, settlement communications (.2); Emails from and to Ray Terpstra re: settlement communications (.1) Review notice of appearance re: Wes Husinga for Hills Bank (.1); Several emails and documents from and to Wes Husinga and Paul Heimann re: offer and acceptance agreement (.2); Emails and documents to and from Bob Gainer re: | 2.30 | 805.00 |

Gretter Autoland Unsecured Creditor's                                        Page 10
Invoice No. 223857                                                    December 31, 2015

| | | | | |
|---|---|---|---|---|
| | | Hills Bank offer and acceptance (.1); Several emails from and to Don Cram re: auction & bid procedures, changes (.1); Email from Lisa Shileny re: Hills Bank offer & acceptance (.1); Review and edit of witness & exhibit list re: motion to convert (.1); Several emails from and to Ray Terpstra re: auction & bid procedures, changes, agreement (.2); Email from Don Cram re: Ally acceptance of settlement terms (.1); Telephone call to Bob Gainer re: auction and sale issues, strategy, procedural issues (.2) | | |
| 03/25/15 | KRM | Draft witness and exhibit list for 3/27 hearing; Review email regarding auction and bidding procedures and additional objections to motion to sell; Revise auction and bidding procedures; | 0.80 | 128.00 |
| 03/26/15 | JDG | Review of February monthly operating report, issues (.3); Review of debtor's objection to motion to convert (.1); Review of docket re: preparing trial book re: hearing tomorrow (.2); Several conferences with Don re: prep for hearing tomorrow (.1); Telephone calls to and from Ray Terpstra re: update & status, strategy, procedural issues (.2) Trial prep with Don re: hearing tomorrow, including review of files, records, documents and pleadings (.4) | 1.30 | 455.00 |
| 03/27/15 | DFN | Attendance at court hearings (8.0); | 8.00 | 2,960.00 |
| 03/27/15 | JDG | Telephone call and email to and from Don re: recap hearing re: sale, motion to convert (.2) | 0.20 | 70.00 |
| 03/30/15 | BGW | Proof read Motion for Reconsideration and file with the court(.3); | 0.00 | 0.00 |
| 03/30/15 | DFN | Draft of motion for reconsideration and for expedited hearing (.5); | 0.50 | 185.00 |
| 03/30/15 | JDG | Review and edit of motion for reconsideration (.2); Conference with Don re: recap hearing, additional considerations, strategy, procedural issues (.2); Emails from and to Mark Cobb and Don re: update & status (.1); Review of several court orders re: sale, assumption (.1); Telephone call to judicial law clerk re: motion for reconsideration (.1); Review court order | 1.10 | 385.00 |

Gretter Autoland Unsecured Creditor's                                              Page 11
Invoice No. 223857                                                         December 31, 2015

| | | | | |
|---|---|---|---|---|
| | | re: motion for reconsideration, hearing (.1); Several telephone calls to and from Bob Gainer re: hearing recap, strategy, procedural issues (.2); Review debtor's joinder re: motion for reconsideration (.1); | | |
| 03/31/15 | JDG | Review of joinder from Washington State Bank re: motion for reconsideration (.1); Telephone call to Ray Terpstra re: joinder, strategy, procedural issues re: hearing tomorrow (.3); Review joinder from Hills Bank re: motion for reconsideration (.1); Telephone call to Wes Huisinga re: hearing, strategy (.1); Several telephone calls and emails from and to Bob Gainer re: update & status re: financing contingency, resolved (.4); Several emails from and to Ray Terpstra re: Helmstetter, financing contingency (.2); Email and document from and to Wes Huisinga and Bob Gainer re: offer & acceptance (.1); Email forwarded from Paul Heinmann re: Helmsteter, release of contingency (.1); | 1.40 | 490.00 |
| 04/01/15 | JDG | Email and documents from Dallas Janssen re: GM franchise info (.2); Email and document from Atty Paul Heimann re: GM application (.1); Email from Don re: proofs of claims (.1); Review Edwards motion for stay (.1); Telephone call to Atty Matt Rausch re: motion for stay (.2); Telephone call to Brad Kruse re: motion for stay (.2);  Appearance for committee at auction and sale hearing, including meetings with opposing counsel and interested parties before and after hearing (5.0); Review court orders re: motion for stay, motion for reconsideration (.1); Telephone call and email from and to Don re: update, brief hearing recap (.1); | 6.10 | 2,135.00 |
| 04/01/15 | KRM | Email members of creditor's committee re proofs of claim; Call with Darwin Sherman re Washington Journal's proof of claim; Call with Ron Slechta re Kalona News' proof of claim; | 0.60 | 96.00 |
| 04/02/15 | JDG | Review request for transcript from Helmstetter (.1); Conference with Don re: possible appeal (.1); Drafted and edited extensive memo to committee re: recap of hearing, status, strategy (.4); Several telephone calls and emails to and from committee members re: memo, | 2.00 | 700.00 |

BRADSHAW FOWLER PROCTOR & FAIRGRAVE PC

Gretter Autoland Unsecured Creditor's
Invoice No. 223857

| | | | | |
|---|---|---|---|---|
| | | conference call (.2); Review court order re: motion to dismiss (.1); Conference call with committee re: recap hearing, strategy, procedural issues (1.0); Review court order re: sale motion (.1) | | |
| 04/02/15 | KRM | Review email from Jeff re auction; | 0.10 | 16.00 |
| 04/03/15 | JDG | Several emails from and to Mark Cobb and Krystal re: proof of claim, bar date, claim issues (.1); | 0.10 | 35.00 |
| 04/03/15 | KRM | Email Mark Cobb re Cobb Oil proof of claim; Email Don re Cobb Oil's proof of claim; | 0.40 | 64.00 |
| 04/04/15 | JDG | Emails from and to Krystal re: Cobb proof of claim, procedural issues, including review of schedules (.2); | 0.20 | 70.00 |
| 04/05/15 | KRM | Email Mark Cobb re Cobb Oil's proof of claim; | 0.20 | 32.00 |
| 04/06/15 | JDG | Review proofs of claim re: committee members (.1); Telephone calls from and to Atty Julie McLean re: recap hearing, proof of claims (.3) | 0.40 | 140.00 |
| 04/06/15 | KRM | Email proofs of claim to Ronald Slechta and Darwin Sherman for signatures; Draft proofs of claim for members of unsecured creditors' committee; | 1.50 | 240.00 |
| 04/07/15 | JDG | Review January and February monthly operating reports for subsidiaries and February MOR for debtor (.3); Telephone calls to and from Brad Kruse re: operating reports, issues, settlement discussions (.2); Telephone call to Craig Ceynar re: CM/ECF issues re: bar date for proofs of claim (.1) | 0.60 | 210.00 |
| 04/07/15 | KRM | Email Craig Ceynar re proofs of claim filings for committee members; Revise proofs of claim for committee to include signatures; Revise Cobb Oil's proof of claim and email to Mark and Laurie Cobb for signature; | 1.10 | 176.00 |
| 04/14/15 | JDG | Review court order re: GMAC relief from stay (.1); Review court order re: CDK Global admin claim (.1) | 0.20 | 70.00 |
| 04/20/15 | JDG | Review and edit client invoice re: pre-bill (.2); Several telephone calls and emails from and to Brad Kruse re: | 0.40 | 140.00 |

Gretter Autoland Unsecured Creditor's
Invoice No. 223857

---

|  |  | update & status re: sale (.2) |  |  |
|---|---|---|---|---|
| 04/23/15 | JDG | Email from Darwin Sherman re: request for update (.1); Drafted and edited email memo to committee members re: update & status (.2); Email from Ron Slechta re: additional update (.1) | 0.40 | 140.00 |
| 04/27/15 | JDG | Telephone call from Brad Kruse re: update & status re: sale, closing, executory contracts (.2); | 0.20 | 70.00 |
| 04/29/15 | JDG | Email and document from Donald Cram re: RS consent order (.1); | 0.10 | 35.00 |
| 04/30/15 | JDG | Email from Brad Kruse re: consent order (.1); | 0.10 | 35.00 |
| 05/01/15 | JDG | Review monthly operating reports (.1); Emails from and to Brad Kruse and Don Cram re: relief from stay order (.1) | 0.20 | 70.00 |
| 05/04/15 | JDG | Telephone call to Brad Kruse re: update (.1); | 0.10 | 35.00 |
| 05/05/15 | JDG | Several telephone calls to and from Brad Kruse re: update & status re: sale, assignments, issues (.3); | 0.30 | 105.00 |
| 05/07/15 | JDG | Email and document from Donald Cram re: consent order (.1); | 0.10 | 35.00 |
| 05/11/15 | JDG | Telephone calls, emails and documents from and to Brad Kruse re: sale order, strategy, procedural issues; including review of pleadings (.4); | 0.40 | 140.00 |
| 05/12/15 | JDG | Email and documents from Brad Kruse re: review of joint motion and proposed order re: sale motion (.3); Telephone call to Brad re: joint motion, problems, issues, settlement discussions (.2); Email and documents from Brad re: review first amendment to APA, additional agreement (.2); | 0.70 | 245.00 |
| 05/14/15 | JDG | Review filed motion and ex parte application for hearing (.2) | 0.20 | 70.00 |
| 05/15/15 | JDG | Review court hearing notice re: emergency motion (.1) | 0.10 | 35.00 |

BRADSHAW FOWLER PROCTOR & FAIRGRAVE P.C.

Gretter Autoland Unsecured Creditor's                                                          Page 14
Invoice No. 223857                                                                     December 31, 2015

| 05/18/15 | JDG | Telephone call from Brad Kruse re: update & status, hearing tomorrow, strategy, procedural issues (.2); Telephone call to Atty Paul Heiman re: update & status, hearing tomorrow (.2); Email and documents from Brad Kruse re: sale transaction documents (.1) | 0.50 | 175.00 |
|---|---|---|---|---|
| 05/19/15 | JDG | Review of objection filed by GM re: joint motion (.1); Review of response from Ford (.1); Several telephone calls and emails to and from Brad Kruse re: hearing, strategy, procedural issues (.2); Review of files, records, documents, pleadings re: prepare for court hearing (.5); Appearance for committee at hearing on joint motion for final sale order, including meetings before and after with opposing counsel (2.5) | 3.40 | 1,190.00 |
| 05/20/15 | JDG | Review court minute order denying motion (.1); Review nunc pro tunc order re: sale (.1); Review request for transcript (.1); | 0.30 | 105.00 |
| 05/26/15 | JDG | Telephone call and email to Brad Kruse re: update (.1); Email from Mark Cobb and draft email memo to committee re: update & status (.2); | 0.30 | 105.00 |
| 05/29/15 | JDG | Review of several motions to assume/assign, reduce time for objections, shorten notice for hearing re: Ford & GM franchise agreements (.2); | 0.20 | 70.00 |
| 06/01/15 | JDG | Review several bar date notices re: assumption/assignment (.1); Review several orders re: ex parte applications (.1); | 0.20 | 70.00 |
| 06/03/15 | JDG | Review court hearing notice re: assumption/assignment (.1) | 0.10 | 35.00 |
| 06/08/15 | JDG | Telephone calls to and from Brad Kruse re: update & status, strategy, procedural issues (.4); Email from Tiernan Siems re: alternative hearing dates (.1); Email from AUST Snyder re: alternative hearing date (.1); Review several monthly operating reports (.2); Review motion to continue hearing re: motion to assume & assign (.1); | 0.90 | 315.00 |
| 06/09/15 | JDG | Review court order re: continuing hearing (.1); Review motion for relief from order (.1); Review of | 0.30 | 105.00 |

Gretter Autoland Unsecured Creditor's                                                      Page 15
Invoice No. 223857                                                               December 31, 2015

---

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ex parte application for order shortening time (.1); |  |  |
| 06/10/15 | JDG | Review court hearing notice (.1) | 0.10 | 35.00 |
| 06/15/15 | JDG | Review GM objection to assumption/assignment (.1); Review Ford objection to assumption/assignment (.1) | 0.20 | 70.00 |
| 06/16/15 | JDG | Review court hearing notice (.1); | 0.10 | 35.00 |
| 06/18/15 | JDG | Review notice of appearance re: James Arenson (.1); Telephone calls and emails from and to Tom Byrne and Julie McLean re: case update, local counsel (.2); | 0.30 | 105.00 |
| 06/19/15 | JDG | Review GM objection to motion for relief from order (.2); Review Ford Objection re: assumption/assignment (.2); Review of list of exhibits from Debtor, Edwards and Ford (.1); | 0.50 | 175.00 |
| 06/22/15 | JDG | Review of Edwards motion for relief from order re: GM franchise (.3) | 0.30 | 105.00 |
| 06/23/15 | JDG | Telephone call to Brad Kruse re: update & status, hearing tomorrow, debtor's position, strategy, procedural issues (.4); Several emails to and from committee members re: conference call (.2); Drafted and edited extensive email memo to committee members re: update & status, strategy, procedural issues (.4); Review of files, records, documents, pleadings re: prepare for telephone hearing (.5); Review notice of appearance re: Julie McLean for Ford (.1);  Telephone call from Brad Kruse re: review of opposition pleadings, strategy, procedural issues, settlement discussions (.5); Review of GM initial response to Edwards supplemental motion for relief from order (.1); Telephone call with Julie McLean re: hearing tomorrow, Ford position, settlement discussions (.2); Review of Edwards brief re: relief from order (.2) | 2.60 | 910.00 |
| 06/24/15 | JDG | Email from Mark Cobb re: update, conference call (.1); Review motion to appear pro hac vice re: Jeffrey Jones for GM (.1); Review motion to appear pro hac vice re: Thomas Byrne for Ford (.1); Telephone call to Atty Matthew Rusch re: Edwards position re: hearing | 1.80 | 630.00 |

BRADSHAWFOWLERPROCTOR&FAIRGRAVE,P.C.

Gretter Autoland Unsecured Creditor's                                                    Page 16
Invoice No. 223857                                                               December 31, 2015

_____

|            |       | (.3);  Appearance for committee on telephone hearing re: motion for relief from order, motions to assume/assign (1.1); Conference with Don Neiman re: recap hearing, strategy, procedural issues (.1); | | |
|------------|-------|---|------|--------|
| 06/25/15 | JDG | Several emails from and to Matt Rusch, Julie McLean, Dallas Janssen, Brad Kruse, Ray Terpstra re: scheduling hearing, alternative dates (.2); Several telephone calls to and from Brad Kruse re: scheduling, strategy, procedural issues (.2); Review court order re: pro hac vice for Tom Byrne (.1); | 0.50 | 175.00 |
| 06/29/15 | JDG | Review motion re: setting hearing (.1); | 0.10 | 35.00 |
| 07/01/15 | JDG | Telephone calls from and to Brad Kruse re: update & status, scheduling, strategy (.1) | 0.10 | 35.00 |
| 07/02/15 | JDG | Review court orders re: setting hearings (.1); Review motion for relief from stay re: BMO Harris (.2); Telephone call to Brad Kruse re: hearings, motion for relief from stay, strategy, procedural issues (.3); Review motion for adequate protection re: BMO Harris Bank (.1); Review several bar date notices (.1) | 0.80 | 280.00 |
| 07/04/15 | JDG | Email from Mark Cobb re: update (.1); | 0.10 | 35.00 |
| 07/06/15 | JDG | Drafted and edited extensive memo to committee re: case update & status, strategy, procedural issues, including extensive review of files, records, documents and pleadings (1.6); Telephone call to Brad Kruse re: update & status (.1); Email from Don re: case status (.1); Email and documents from Donald Cram re: hearing, exhibit list, exhibits (.3) | 2.10 | 735.00 |
| 07/09/15 | JDG | Review of monthly operating reports (.1) | 0.10 | 35.00 |
| 07/10/15 | JDG | Review CDK Global motion for relief from stay; notice of bar date (.2) | 0.20 | 70.00 |
| 07/14/15 | JDG | Review court orders re: BMO Harris relief from stay, adequate protection (.1); | 0.10 | 35.00 |
| 07/17/15 | JDG | Review debtor's witness and exhibit list (.1); Review of GM supplemental brief (.2) Review of GM witness | 0.60 | 210.00 |

BRADSHAWFOWLERPROCTOR&FAIRGRAVE,P.C.

Gretter Autoland Unsecured Creditor's                                              Page 17
Invoice No. 223857                                                        December 31, 2015

---

|          |      | & exhibit list (.1); Review of Edwards Auto Group witness and exhibit list (.1); Email and documents from Dallas Janssen re: GM exhibits (.1); |      |          |
|----------|------|--------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 07/20/15 | JDG  | Review court hearing notice re: supplemental motion (.1) | 0.10 | 35.00 |
| 07/22/15 | JDG  | Review of Edwards brief in support of assumption & assignment (.4); | 0.40 | 140.00 |
| 07/23/15 | CAM  | (7.22.15) Office conference with counsel and phone conference with client (0.30); (7.23.15) Review and analysis of Polk County subdivision ordinance (0.60); Correspondence to counsel and client (0.10); | 1.00 | 250.00 |
| 07/23/15 | JDG  | Review court order re: CDK relief from stay (.1); Email and documents from Dallas Janssen re: additional GM exhibits (.2); Review of files, records, documents, pleadings re: prep for hearing (.4); | 0.70 | 245.00 |
| 07/24/15 | JDG  | Email and document from Dallas Janssen re: GM corrected exhibit B (.1); Appearance at morning session of hearing on motions to assume/assign, including meetings before and after with opposing counsel (3.0); Appearance at afternoon session of hearing, including meetings after hearing with opposing counsel (2.6) | 5.70 | 1,995.00 |
| 07/27/15 | JDG  | Review court order re: Ally relief from stay (.1); Email from Ron Slechta re: update (.1); Review of court orders re: assumption/assignment (.1); | 0.30 | 105.00 |
| 07/28/15 | JDG  | Email and document from Matt Rusch re: exhibits (.1); Email from Julie McLean re: exhibits (.1); | 0.20 | 70.00 |
| 07/29/15 | JDG  | Email and document from Matt Rusch re: EDW 1 exhibit (.1); Telephone call from Atty Don Cramm re: update & status, strategy, procedural issues re: post-trial briefs (.2); Drafted and edited extensive email memo to committee re: update & status, strategy, procedural issues re: trial recap, post-trial brief (.4); Conference with Don (.1) and Krystal (.2) re: post-trial brief; Email from Darwin re: update memo (.1); Email and document from Don Cram re: review legal | 1.70 | 595.00 |

Gretter Autoland Unsecured Creditor's                                    Page 18
Invoice No. 223857                                               December 31, 2015

---

|            |      | memo (.3); Emails from Mark (.1), Ron (.1) and Darwin (.1) re: memo, strategy, procedural issues; |      |        |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
| 07/29/15   | KRM  | Review motions to assume/assign; objections; and brief in support of debtor's motion (.9);                                                                                                                                                                                                            | 0.90 | 144.00 |
| 07/30/15   | JDG  | Telephone call from Brad Kruse re: update & status, notice from Edwards, strategy, procedural issues (.2); Review and edit of post-trial brief (.2); Several emails from and to Ray Terpstra, Jim Gretter and Brad Kruse re: update, strategy, procedural issues (.2);                                   | 0.60 | 210.00 |
| 07/30/15   | KRM  | Research and draft committee's brief in support of debtor's position (2.6); Review motions and objections re motion for relief from sale order (.6); Continue reviewing motions, objections, and brief re assumption and assignment of Ford and GM agreements (1.9);                                     | 5.10 | 816.00 |
| 07/31/15   | JDG  | Email from Ray Terpstra re: pending motions, sale, strategy (.1); Final review and edit of post-trial brief re: assumption and assignment (.7); Review of GM post-trial brief (.8); Review of Ford post-trial brief (.5); Review GM motion re: supplemental evidence (.1); Review of debtor's post-trial brief (.6); Email from Ron Slechta re: briefs (.1); | 2.40 | 840.00 |
| 07/31/15   | KRM  | Continue researching and drafting committee's brief in support of Debtor's motion to assume and assign (3.9); Review emails re Edwards letter to Gretter re APA and review Hilco listing agreement (.3); Review and revise committee's brief in support of motion to assume and assign and file (.3);     | 4.40 | 704.00 |
| 08/02/15   | JDG  | Drafted and edited email memo to committee re: update & status, strategy, procedural issues (.2);                                                                                                                                                                                                     | 0.20 | 70.00  |
| 08/03/15   | JDG  | Telephone call from Brad Kruse re: post-trial briefs, motion to reject, responsive pleadings, strategy, procedural issues (.2); Email and documents to committee re: update, post-trial briefs (.1); Review debtor's objection to GM motion for supplemental exhibit (.2); Review of debtor's motion re: supplemental exhibit (.3); Several telephone calls from | 1.40 | 490.00 |

Gretter Autoland Unsecured Creditor's
Invoice No. 223857

Page 19
December 31, 2015

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Brad Kruse re: debtor's motion, objection, strategy, procedural issues (.4); Emails from and to committee re: update & status, strategy, procedural issues re: Edwards, default (.2) |  |  |
| 08/04/15 | JDG | Review court order re: telephone hearing re: supplemental evidence (.1); Email from Don Cram re: settlement communication re: hearing (.1); Email from Brad Kruse re: settlement communication (.1); Email from Jeffrey Jones re: settlement communication (.1); Telephone call to Brad re: settlement discussions, strategy, procedural issues (.2); | 0.60 | 210.00 |
| 08/10/15 | JDG | Review Ally Financial motion for immediate relief re: relief from stay (.2); Telephone call to Brad Kruse re: Ally motion (.1); Review GM reply to debtor's motion re: supplemental evidence (.1); | 0.40 | 140.00 |
| 08/11/15 | JDG | Review of several court orders re: supplemental evidence (.1); Review court hearing order re: Ally Bank RS mtn (.1); | 0.20 | 70.00 |
| 08/17/15 | JDG | Review of court orders and decisions re: motions to assume/assign, relief from stay (.5); Meeting with Julie McLean re: court decisions, procedural issues (.3); Several telephone calls to Mark Cobb (.3), Ron Scleta (.3) and Darwin Sherman (.3) re: court decision, strategy, procedural issues; Telephone call to Jim Snyder re: decision, motion to convert (.1); Telephone call to Tiernan Siems re: decision, strategy, procedural issues (.2); Several telephone calls to and from Brad Kruse re: decisions, strategy (.3); Conference with Don re: update & status, strategy, procedural issues re: conversion (.1); Several emails from and to Jim Snyder re: motion to convert, delay (.1) | 2.50 | 875.00 |
| 08/18/15 | JDG | Email from AUST Snyder re: motion to dismiss (.1); Several telephone calls to and from Brad Kruse re: update & status, motion to dismiss (.2); Review UST motion to dismiss (.1); Emails and documents to and from committee re: motion to dismiss (.2); Review GM support doc re: clarification (.1); | 0.70 | 245.00 |
| 08/19/15 | JDG | Review court bar date notice re: motion to convert | 0.10 | 35.00 |

BRADSHAWFOWLERPROCTOR&FAIRGRAVE,P.C.

Gretter Autoland Unsecured Creditor's                                     Page 20
Invoice No. 223857                                                  December 31, 2015

---

|            |     |                                                                                                                       |      |        |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|------|--------|
|            |     | (.1);                                                                                                                 |      |        |
| 08/20/15   | JDG | Email and documents from Don Cram re: review Ally UCC notices re: disposition of collateral (.1)                       | 0.10 | 35.00  |
| 08/24/15   | JDG | Review several monthly operating reports (.2)                                                                          | 0.20 | 70.00  |
| 08/25/15   | JDG | Review motion for relief from stay re: bank (.1);                                                                      | 0.10 | 35.00  |
| 08/26/15   | JDG | Review court bar date notice re: relief from stay (.1)                                                                 | 0.10 | 35.00  |
| 08/27/15   | JDG | Review notice of appearance re: Jim Gretter (.1);                                                                      | 0.10 | 35.00  |
| 09/01/15   | JDG | Review motion for reconsideration (.4); Telephone calls from and to Jim Gretter re: motion for reconsideration, strategy, procedural issues (.4); | 0.80 | 280.00 |
| 09/02/15   | JDG | Review Jim Gretter limited objection to motion to convert (.1);                                                        | 0.10 | 35.00  |
| 09/03/15   | JDG | Review court hearing notice re: conversion, reconsideration (.1);                                                      | 0.10 | 35.00  |
| 09/03/15   | KRM | Conference with Jeff Goetz re hearing on motion to reconsider (.1);                                                    | 0.10 | 16.00  |
| 09/08/15   | JDG | Review motion for order shortening time (.1);                                                                          | 0.10 | 35.00  |
| 09/10/15   | JDG | Review debtor's joinder re: motion for reconsideration (.1);                                                           | 0.10 | 35.00  |
| 09/13/15   | JDG | Email from Jim Gretter re: legal memo (.1)                                                                             | 0.10 | 35.00  |
| 09/14/15   | JDG | Review court order re: relief from stay for Washington State Bank (.1); Telephone call with AUST Jim Snyder re: objection, procedural issues (.1); Review of UST objection re: motion for reconsideration (.1); | 0.30 | 105.00 |
| 09/16/15   | JDG | Review motion for admin claim re: Edwards (.1); Review court hearing notice (.1); Review motion from Jim Gretter re: status conference (.1) | 0.30 | 105.00 |
| 09/17/15   | JDG | Review motion to reduce time re: discovery (.1); Review notice of bar date re: admin expenses (.1);                    | 0.20 | 70.00  |

BRADSHAWFOWLERPROCTOR&FAIRGRAVE.P.C.

Gretter Autoland Unsecured Creditor's                                                    Page 21
Invoice No. 223857                                                               December 31, 2015

---

| | | | | |
|---|---|---|---|---|
| 09/21/15 | JDG | Review court hearing notice re: status conference (.1); | 0.10 | 35.00 |
| 09/22/15 | JDG | Telephone call from Brad Kruse re: case update & status, strategy, procedural issues re: hearing, pending motions, turnover (.2); | 0.20 | 70.00 |
| 09/23/15 | JDG | Review of UST supplement to objection re: motion for reconsideration (.2); Emails to and from committee re: conference call, scheduling (.3); Review objection from James Gretter re: UST objection (.2); | 0.70 | 245.00 |
| 09/24/15 | JDG | Email from Darwin Sherman re: conference call (.1); Review UST support document (.1); Review Gretter objection (.2);  Review UST objection to Edwards admin expense motion (.1); Review email from James Gretter re: release of documents (.1); Review objection of General Motors (.4); Review GM motion for protective order (.3); Conference call with committee re: update & status, strategy, procedural issues (.5) | 1.80 | 630.00 |
| 09/25/15 | JDG | Review response of James Gretter to GM objection (.2); Review objection from Ford (.2); Appearance at telephone status conference re: Gretter motions (.5); Review of court orders after hearing (.1) | 1.00 | 350.00 |
| 09/28/15 | JDG | Reviewed 2 motions by Jim Gretter (.3), 2 objections from GM (.5) and 1 objection from Edwards (.2) re: motion for reconsideration; Review several CM/ECF notices re: transcripts (.1) | 1.10 | 385.00 |
| 09/29/15 | JDG | Preliminary review of memorandum of points and authorities from GM re: objection (.3); Telephone call to case manager re: CM/ECF docketing issues (.1); Review of several court hearing notices (.1) | 0.50 | 175.00 |
| 10/01/15 | JDG | Review GM exhibit & witness list (.1); Review James Gretter exhibit witness list (.1) | 0.20 | 70.00 |
| 10/02/15 | JDG | Review of UST exhibit & witness list (.1); | 0.10 | 35.00 |
| 10/07/15 | JDG | Several emails from and to creditor committee members re: case update & status, hearing Friday, | 0.50 | 175.00 |

BRADSHAWFOWLERPROCTOR&FAIRGRAVE,P.C.

Gretter Autoland Unsecured Creditor's                                              Page 22
Invoice No. 223857                                                         December 31, 2015

_____

|            |       | strategy, procedural issues (.5)                                                                                                                                                                                                             |      |          |
|------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 10/08/15   | JDG   | Review debtor's joinder of UST objection to Edwards motion for admin fees (.1);                                                                                                                                                                  | 0.10 | 35.00    |
| 10/09/15   | JDG   | Review James Gretter response re: points and authorities (.4); Appearance at court hearings re: motion for reconsideration, discovery matters (3.2); Emails to and from committee members re: preliminary recap (.1); Review court orders (.1); Review of Brown Winnick adversary complaint re: interpleader (.1); | 3.90 | 1,365.00 |

### Summary of Services

| Name                  | Title            |        |        |           |             |
|-----------------------|------------------|--------|--------|-----------|-------------|
| Warner, Barbara G.    | Legal Assistant  | 4.90   | 85.00  | 416.50    |             |
| Mellema, Chet A.      | Shareholder      | 1.00   | 250.00 | 250.00    |             |
| Neiman, Donald F      | Shareholder      | 14.60  | 368.63 | 5,382.00  |             |
| Goetz, Jeffrey D      | Shareholder      | 109.80 | 350.00 | 38,430.00 |             |
| Mikkilineni, Krystal R. | Associate      | 32.10  | 160.00 | 5,136.00  |             |
| Gilbert, LuAnn M.     | Legal Assistant  | 1.90   | 110.00 | 209.00    |             |
| **Total Services**    |                  |        |        |           | $49,823.50  |

### Disbursements

| Date       |                                         |        |          |
|------------|-----------------------------------------|--------|----------|
| 01/21/15   | Computer Research - Pacer               | $1.50  |          |
| 01/26/15   | Creditors Committee Manual - 5th Edition | $31.45 |          |
| 02/17/15   | Filing Fee                              | $30.00 |          |
| 04/28/15   | Computer Research - Pacer  3/26/15      | $14.60 |          |
| 05/12/15   | Filing Fee                              | $15.00 |          |
|            | Long Distance Charges                   | $15.39 |          |
|            | **Total Disbursements**                 |        | $107.94  |

TOTAL FEES & DISBURSEMENTS                                                          $49,931.44

**TOTAL DUE THIS MATTER**                                                          **$49,931.44**



HOME    ABOUT    ATTORNEYS    PRACTICE AREAS    NEWS    CAREERS    CONTACT    Search

Home | Attorneys | Jeffrey D. Goetz

# Jeffrey D. Goetz
*SHAREHOLDER*

Email     goetz.jeffrey@bradshawlaw.com
Phone:    515-246-5817
Fax:      515-246-5808

Secretary: Pamela Cromer
Phone:    515-246-5840

Download vCard    LinkedIn

## Practice Areas

Bankruptcy Law

## State Bar Admissions

California, 1992
Iowa, 2001

## Federal Court Admissions

U.S. District Court, Central District of
California
U.S. District Court, Eastern District of
California
U.S. District Court, Southern District of
California
U.S. District Court, Central District of Illinois
U.S. District Court, Northern District of Iowa
U.S. District Court, Southern District of Iowa
U.S. Court of Appeals, 8th Circuit

## Background

Board-certified in both Business and Consumer Bankruptcy Law by the American Board of Certification, with
practice devoted primarily to the representation of debtors, creditors, committees and trustees in bankruptcy and
reorganization cases.

Practice devoted primarily to Bankruptcy Law.

## Education

University of California-Santa Barbara (B.A., 1978)

California Western School of Law (J.D., 1987)

## Leadership Positions

Federal Bar Association, Iowa Chapter, Board of Directors

- Member, 2006-Present
- Treasurer, 2006-2013



- President, 2013-Present

AIDS Project of Central Iowa Board of Directors

- Member, 2006-2013
- Treasurer, 2008-2013

Waterbury Neighborhood Association Board of Directors

- Member, 2003-2008

Recipient of the Wiley W. Manual Award for Pro Bono Legal Services, presented by the State Bar of California, May 17, 2000

## Professional Memberships and Admissions

American Bankruptcy Institute
American Bar Association
Federal Bar Association, Iowa Chapter
Iowa State Bar Association
National Association of Bankruptcy Trustees
Polk County Bar Association

## Key Clients

EMC Insurance Companies
Iowa Insurance Guaranty Association
Principal Financial Group

## Sample of Reported Cases

- In re Larson, 2011 WL 4621556 (Bankr. S.D. Iowa 2011) (unpublished)
- In re Pohle, 2011 WL 1085787 (Bankr. S.D. Iowa 2011) (unpublished)
- In re Riverbend Leasing LLC, 458 B.R. 520 (Bankr. S.D. Iowa 2011)
- In re Walter, 2011 WL 5331653 (Bankr. N.D. Iowa) (unpublished)
- In re Freedom Fuels, LLC, 2009 WL 3753451 (Bankr. N.D. Iowa 2009) (unpublished)
- In re Riversideworld, Inc., 366 B.R. 34 (Bankr. N.D. Iowa 2007)
- Aurora Nat. Life Assur. Co. v. Harrison, 462 F. Supp. 2d 951 (S.D. Iowa 2006)
- In re Heffernan Mem'l Hosp. Dist., 192 B.R. 228 (Bankr. S.D. Cal. 1996)
- In re Heffernan Mem'l Hosp. Dist., 202 B.R. 147 (Bankr. S.D. Cal. 1996)

## Speeches and Seminars

Selected lectures:
*Anatomy of a Chapter 7 Case*, 33rd Annual Bankruptcy Conference, Federal Bar Association, Iowa Chapter, October 30, 2014
*Chapter 11: Big 11, Little 11*, 32nd Annual Bankruptcy Conference, Federal Bar Association, Iowa Chapter, October 25, 2013
*Chapter 11 in Iowa: Current Trends and Topics*, 30th Annual Bankruptcy Conference, Federal Bar Association, Iowa Chapter, October 28, 2011
*Chapter 11 Topics of the Day*, 28th Annual Bankruptcy Conference, Federal Bar Association, Iowa Chapter, October 30, 2009
*Nuts and Bolts of Bankruptcy Law*, National Business Institute, June 4, 2009
*Small Business Bankruptcies - What You Should Know Before Filing*, 27th Annual Bankruptcy Conference, Federal Bar Association, Iowa Chapter, October 30, 2008
*Current Developments in Bankruptcy Law*, Lorman Education Services, April 16, 2008
*Nuts and Bolts of Bankruptcy Law*, National Business Institute, March 12, 2008
*Fundamentals of Bankruptcy Law*, National Business Institute, January 22, 2007
*Bankruptcy Ethics - New Rules for Bankruptcy Attorneys*, Federal Bar Association, Iowa Chapter, November 2, 2006
*Bankruptcy Reform Act Update - 6 Months Later*, National Business Institute, August 23, 2005
*Aligning Your Practice Under BAPCPA*, National Business Institute, August 23, 2005
*Bankruptcy Abuse Prevention and Consumer Protection Act*, Lorman Education Services, July 28, 2005
*Bankruptcy in Iowa*, Lorman Education Services, June 12, 2003
*Chapter 11 Nuts and Bolts*, Federal Bar Association, Iowa Chapter, October 31, 2002
*Problems for Secured Creditors in Bankruptcy and Insuring that a Security Agreement and Financing Statement are Valid*, Sterling Educational Services, LLC. Creditor's Rights and Protection of Security Interests in Bankruptcy, Des Moines, Iowa, September 19, 2002
*The Revised UCC Article Nine*, Bankruptcy Seminars, Inc., 32nd Annual Bankruptcy Seminar, August 15, 2002
*The Revised UCC Article Nine*, Iowa State Bar Association, Young Lawyers Division, Summer Seminar, August 9, 2002
Panel Lecturer, Bankruptcy, AIDS Law Training, San Diego Volunteer Lawyer Program, Fall, 1993-2001

## News

September 15, 2015 - *2015 Great Plains Super Lawyers List*

August 17, 2015 - *The Best Lawyers in America® 2016*

## BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

# Attorneys

### Donald F. Neiman



| | |
|---|---|
| Phone: | 515.246.5877 |
| Fax: | 515.246.5808 |
| | |
| Secretary: | Cindy Juhl |
| Phone: | 515.246.5824 |





---

**Shareholder**

| | |
|---|---|
| Background | Captain, JAGD, U.S. Air Force, 1969-1972 |
| | Private Panel Trustee for the U.S. Bankruptcy Court, Southern District of Iowa, 1973-Present |
| | Member, Iowa State Bar Association Sections on: Commercial Law, 1983-2007; Bankruptcy Committee, 1992-2006 |
| Practice Areas | General practice including, but not limited to Bankruptcy Law, Business Law and Corporate Law, Commercial Litigation |
| Education | The University of Iowa (B.B.A., 1966) |
| | Drake University Law School ( J.D., 1969)<br>• Phi Alpha Delta Law Fraternity |
| State Bar Admissions | Iowa, 1969 |
| Federal Court Admissions | U.S. Bankruptcy Court, Northern District of Iowa<br>U.S. Bankruptcy Court, Southern District of Iowa<br>U.S. District Court, Northern District of Iowa<br>U.S. District Court, Southern District of Iowa<br>U.S. Court of Appeals, 8th Circuit |
| Leadership Positions | Iowa State Bar Association Commercial Law Section<br>• Chairman, 1983-1984 |
| Professional Memberships and Admissions | American Bankruptcy Institute<br>American Bar Association<br>Commercial Law League of America<br>Federal Bar Association, Iowa Chapter<br>Iowa State Bar Association<br>National Association of Bankruptcy Trustees<br>Polk County Bar Association |

Bradshaw, Fowler, Proctor & Fairgrave, P.C. - Donald F. Neiman                 http://www.bradshawlaw.com/attorneys/detail.cfm?id=61

News          Nov 1, 2012 - The Best Lawyers in America 2013
              Oct 1, 2012 - Great Plains Super Lawyers 2012

© 2013 Bradshaw, Fowler, Proctor & Fairgrave, P.C. All Rights Reserved.

5/31/2013 4:36 PM



# Chet A. Mellema

*SHAREHOLDER*



| | |
|---|---|
| Email | mellema.chet@bradshawlaw.com |
| Phone: | 515-246-5822 |
| Fax: | 515-246-5808 |
| | |
| Secretary: | Dana Shean |
| Phone: | 515-246-5804 |

Download vCard          LinkedIn

# Practice Areas

Bankruptcy Law

Business Law and Corporate Law

Construction Law and Litigation

Real Estate Law

Wills, Trusts, Estate Planning and
Probate Law

# State Bar Admissions

Iowa, 2003

# Background

Chet is a shareholder and member of the Bradshaw Law Firm's transactional division, representing clients on a variety of issues, including commercial and residential real estate and title law matters, real estate transactions, landlord and tenant law, business transactions, asset purchases and sales, bankruptcy and debtor/creditor matters, entity formation and corporate law, and estate planning. Prior to joining the Bradshaw Law Firm, Chet worked in private practice in Northeast Iowa and as corporate counsel for a local real estate firm.

# Education

Drake University (B.S., Business/Finance, cum laude, 2000)

The University of Iowa College of Law (J.D., 2003)

- Member, 2001-2002 and Note & Comment Editor, 2002-2003, Journal of Corporation Law

# Professional Memberships and Admissions

American Bankruptcy Institute
American Bar Association
Federal Bar Association, Iowa Chapter
Iowa State Bar Association
Polk County Bar Association

© 2015 Bradshaw, Fowler, Proctor & Fairgrave, P.C.



# Krystal R. Mikkilineni

*ASSOCIATE*



| | |
|---|---|
| Email | mikkilineni.krystal@bradshawlaw.com |
| Phone: | 515-246-5870 |
| Fax: | 515-246-5808 |
| Secretary: | Pamela Cromer |
| Phone: | 515-246-5840 |

Download vCard          LinkedIn

# Practice Areas

Bankruptcy Law

Business Law and Corporate Law

# State Bar Admissions

Iowa, 2013

# Background

Judicial Law Clerk, Anita L. Shodeen, Chief Judge, U.S. Bankruptcy Court, Southern District of Iowa, 2013-2014

# Education

University of Northern Iowa (B.A., magna cum laude, 2009)

Drake University Law School (J.D., with honors, Business Law Certificate, 2013)

- Member, 2011-2012 and Note Editor, 2012-2013, Drake Journal of Agricultural Law
- Administrative Vice President, Business Law Society, 2011-2012
- Drake Law Women
- Secretary, Moot Court Board, 2011-2012
- Delta Theta Phi Law Fraternity
- International Law Society

# Professional Memberships and Admissions

Iowa State Bar Association

Polk County Bar Association

# Publications

- American College of Bankruptcy Circuit Review of Consumer Cases (2013)

# News

July 7, 2014 - Krystal R. Mikkilineni Joins Bradshaw, Fowler, Proctor & Fairgrave, P.C.

© 2015 Bradshaw, Fowler, Proctor & Fairgrave, P.C.